# United States District Court

__MIDDLE__ DISTRICT OF __Alabama__

LOUIE ALEXANDER

v.

OPELIKA
CITY SCHOOLS

SUMMONS IN A CIVIL CASE

CASE NUMBER: _3:06cv498-VPM_

TO: (Name and address of defendant)

Opelika City Schools
300 Simmons Street
Opelika, AL 36801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GREGG L. SMITH
4905 Branch Mill Circle
Birmingham, AL 35223

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    _6/8/06_
CLERK                                                  DATE

(BY) DEPUTY CLERK