**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Alexander v. Opelika City Schools
Civil Action No. 3:06-cv-00498-VPM

The above-styled case has been reassigned to Judge W. Keith Watkins

Please note that the case number is now 3:06cv00498-(WKW).   This new case number should be used on all future correspondence and pleadings in this action.