**GREGG L. SMITH**
**ATTORNEY AT LAW**
**4905 Branch Mill Circle**
**Birmingham, AL 35223**
**PHONE: (205) 956-0101 FAX: (205) 956-0113**

August 14, 2006

<u>**Via Facsimile and U.S. Mail**</u>
Mr. James R. Seale
Hill, Hill, Carter, Franco,
Cole & Black, P.C.
P.O. Box 116
Montgomery, AL 36101-0116

      RE: Louie Alexander v. Opelika City Schools

Dear Mr. Seale:

     I never heard back on you regarding my client's offer to settle the above named cause of action early in the process. Therefore, we must proceed with the litigation of this matter. I will be in Montgomery at approximately 1:00 p.m. on August 16 and would like to meet for our Rule 26 planning meeting. Please contact my office and let me know if this would be a convenient time to meet for that purpose with you or with another attorney in your office. If this time would not be acceptable, the meeting will have to be by telephone. Our planning meeting report must be filed with the court by August 18.

     I look forward to hearing from you regarding this issue.

                                    Respectfully yours,

                                    Gregg L. Smith

**EXHIBIT A**