**greggsmith@bellsouth.net**

---

| | |
|---|---|
| **From:** | Wynn McLaney [wmclaney@hillhillcarter.com] |
| **Sent:** | Wednesday, August 16, 2006 4:39 PM |
| **To:** | Smith, Gregg L. |
| **Subject:** | Louie Alexander v. Opelika City Board of Education |
| **Attachments:** | Report of Rule 26(f) Planning Meeting.pdf |

Mr. Smith,

Mr. Seale was out of town yesterday and is out of town today. He will be in town and in the office for only a few short minutes tomorrow and leaving town for the weekend shortly thereafter. I will not be in the office tomorrow or Friday due to a death in the family. I apologize for the craziness of our schedules and that we did not contact you yesterday regarding the parties' planning meeting report.

Accordingly, attached, please find a draft of the *Report of Rule 26(f) Parties' Planning Meeting* in connection with this case. If you find the attached acceptable, please advise and I will electronically file same with the Court this afternoon. If you have any suggested revisions/changes, please do not hesitate to give me a call.

<<Report of Rule 26(f) Planning Meeting.pdf>>

Thank you,

# Wynn
**Wynn W. McLaney**
**Paralegal to James R. Seale**
Hill, Hill, Carter
   Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
425 South Perry Street
Montgomery, Alabama 36104
(334) 834-7600 x299
(334) 386-4368 - direct dial
(334) 263-5969 - fax
E-mail: wmclaney@hillhillcarter.com
E-mail: jrs@hillhillcarter.com

---

**NOTICE:** This e-mail is from a law firm, Hill, Hill, Carter, Franco, Cole & Black, P.C. ("HHC"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail and any attachments from your computer, and do not copy or disclose this email or any attachments to anyone else. If you are not an existing client of HHC, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to HHC in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of HHC, you should maintain its contents in confidence in order to preserve the attorney-client, work product and other privileges that may be available to protect confidentiality.

Although this email is believed to be free of any virus or other defects that might affect any computer system in which it is received, it is the responsibility of the recipient to ensure that it is virus free; HHC accepts no responsibility for any loss or damage arising in any way from its use.

**IRS CIRCULAR 230 DISCLOSURE:** Pursuant to U.S. Treasury Regulations, we are now required to advise you that (1) unless explicitly stated above to the contrary, the contents and conclusions contained in this communication (including any attachments) are preliminary in nature and do not express a formal opinion contemplated by IRS Circular 230; (2) nothing contained in this communication (including any attachments) is intended to be used, or may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code; and (3) any statement contained in this communication (including any attachments) relating to any federal tax issue may not be used by any person to support the promotion, marketing of, or used to recommend any transaction or matter addressed in this communication.

**EXHIBIT B**