IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-498-WKW |
| ) | |
| OPELIKA CITY SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that the pretrial set in Opelika, Alabama for July 23, 2007 is rescheduled for July 18, 2007, in the G. W. Andrews Federal Building & U. S. Courthouse, 701 Avenue A, Opelika, Alabama. The August 20, 2007 trial date remains the same.

Done this the 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE