IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV498-WKW |
| ) | |
| OPELIKA CITY BOARD OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Upon consideration of Defendant Opelika City Board of Education's Motion to Compel filed on January 30, 2007, and for good cause, it is

ORDERED that the plaintiff shall show cause in writing on or before February 12, 2007 as to why the motion should not be granted.

DONE this 31st day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE