IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV498-WKW |
| ) | |
| OPELIKA CITY BOARD OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Defendant Opelika City Board of Education filed a Motion to Compel on January 30, 2007 (Doc. #11).  On January 31, 2007, this Court ordered Plaintiff to show cause in writing on or before February 12, 2007 why Defendant's Motion to Compel should not be granted.  Plaintif has failed to respond to this Court's order.  Upon consideration of Defendant's motion, and for good cause, it is

ORDERED the motion is GRANTED.

DONE this 16th day of February, 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE