**Hill Hill Carter**

Elizabeth Brannen Carter
Facsimile: 334.832.7419
ecarter@hillhillcarter.com

Hill, Hill, Carter,
Franco, Cole & Black, P.C.
*Attorneys at Law*

Post Office Box 116
Montgomery, AL 36101-0116

425 South Perry Street
Montgomery, Alabama 36104

Telephone: 334.834.7600
www.HillHillCarter.com

February 16, 2007

Gregg L. Smith, Esquire
4905 Branch Mill Circle
Birmingham, Alabama 35223

> RE: *Louie Alexander v. Opelika City Board of Education*
> In the U.S. District Court for the Middle District of Alabama, Eastern Division
> Case No.:   3:06-cv-498-WKW

Dear Mr. Smith:

I am in receipt of the Court's Order of today's date granting my Motion to Compel. Please forward me your client's outstanding Initial Disclosures and written discovery within seven days of the date of this letter. Additionally, I am still seeking to depose your client and would like to do so in March. Please contact me with available March 2007 dates no later than Friday, February 23, 2007.

I appreciate your immediate attention and look forward to hearing from you by Friday, February 23, 2007.

Sincerely,

*Transcribed and mailed in her absence*

Elizabeth Brannen Carter

EBC/kc

cc:   Mark D. Neighbors
       James R. Seale, Esq.


EXHIBIT 2