IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:06-cv-498-WKW ) |
| OPELIKA CITY BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) ) ) |

**O R D E R**

On March 20, 2007, Defendant Opelika City Board of Education filed its Motion to Dismiss (Doc. # 14). It is ORDERED that:

1. **On or before April 5, 2007**, the Plaintiff shall show cause why Defendant's Motion to Dismiss should not be granted.

2. Section 2 of the Uniform Scheduling Order (Doc. # 9) is AMENDED to reflect an extension in the deadline to submit dispositive motions from **March 26, 2007 to April 23, 2007**.

DONE this 28th day of March, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE