## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **LOUIE ALEXANDER** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **OPELIKA CITY SCHOOLS** | ) | **3:06-CV-498-WKW** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW

COMES NOW Counsel for Plaintiff Louie Alexander (hereinafter, "Plaintiff" or "Alexander"), Gregg L. Smith, and files this Motion to Withdraw from further representation of Plaintiff in this cause of action.  In support of this Motion, Counsel for Plaintiff provides the following:

1.  In discussions with Plaintiff by telephone on the afternoon of March 27, 2007, Plaintiff provided Counsel with important relevant information that had previously not been disclosed to Counsel.

2.  This information is such that it the undersigned is legally prohibited from representing Plaintiff in this matter or taking any further actions on Plaintiff's behalf.

WHEREFORE Counsel for Plaintiff requests that this Honorable Court grant this Motion allowing the withdrawal of the undersigned from representing Plaintiff in this matter.

Respectfully submitted,

/s/ Gregg L. Smith
Attorney for Plaintiff

**OF COUNSEL:**
**Gregg L. Smith**
Attorney at Law
4905 Branch Mill Circle
Birmingham, Alabama 35223
(205) 956-0101

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing pleading with the Clerk of the Court of the United States District Court for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to counsel for Defendant:

Elizabeth Brannen Carter
Hill, Hill, Carter, Franco,
Cole & Black, P.C.
P.O. Box 116
Montgomery, AL 36101-0116

on this the 28th day of March, 2007.

/s/ Gregg L. Smith
OF COUNSEL

2