IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-498-WKW |
| ) | |
| OPELIKA CITY BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Counsel for Plaintiff has filed a Motion to Withdraw (Doc. # 16) requesting that he be allowed to withdraw from representing the plaintiff for unspecified reasons. In the meantime, the court has become aware of an allegation that the plaintiff may have filed a petition in bankruptcy. Accordingly, the court has insufficient information to rule upon the motion of Plaintiff's counsel.

Accordingly, the Motion to Withdraw (Doc. # 16) is DENIED at this time.

Counsel for the plaintiff is DIRECTED to inform this court in writing of: (1) the current status of the plaintiff's Bankruptcy action, if any; (2) the particulars of the bankruptcy action, if any, including the type of petition, the date of filing, the name of the trustee and the name and address of the attorney who filed the petition; and (3) the specific reasons counsel desires to withdraw from representation of the plaintiff. Counsel for the plaintiff is also ORDERED to notify the trustee and bankruptcy counsel for the plaintiff in writing (if a bankruptcy action has been filed) that the present action is pending in this court.

Counsel for the plaintiff shall comply with the order of the court on or before April 6, 2007.

DONE this 29th day of March, 2007.

                                              /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE