Case # 06498

3:06cv498-10

RECEIVED 2007 APR -4 A 10:34

MIDDLE DISTRICT ALA

To the Judges, or whom it may concern
My name is Louie Lee Alexander, and I have case pending in your'll court Jurisdiction I had to file an emergency Bankruptcy case to keep from losing my property, and made a "mistake", of not informing the courts, Since finding out about this My attorney wants to have himself removed from the case, and have filed the necessary Motions to be removed, I spoke with the bankruptcy attorneys, and they wouldn't have a problem if my attorney continue with the case, I would request that my attorney remain on the case, or if that's not possible, could I received a court appointed attorney since I can't afford one

4/02/07
Sincerely
Louie Lee A_____

My attorney is
Gregg L. Smith
4905 Branch Mill Circle
Birmingham, AL 3523
Phone (205) 956-0101   Fax (205) 956-0113
Case # 06498



MONTGOMERY AL 361
03 APR 2007 PM 1 T

P.O. Box 711
Montgomery, AL 36101
ATTN: Court admistery

Louie Lee Alexander
229 Lee Rd 859 #10
Auburn, AL 36832