# GREGG L. SMITH

**ATTORNEY AT LAW**
**4905 Branch Mill Circle**
**Birmingham, AL 35223**
**PHONE: (205) 956-0101 FAX: (205) 956-0113**

April 2, 2007

Marrell J. McNeal
McNeal & Douglas, LLC
P.O Box 1423
Auburn, AL 36831

        **RE:**        Louie Alexander

Dear Mr. McNeal:

    As we discussed on the telephone last week, I was retained by Mr. Louie Alexander in May 2006 to file a cause of action alleging race discrimination against his former employer. I filed that complaint in the Middle District of the United States District Court of Alabama in June 2006. That case is styled *Louie Alexander v. Opelika City Board of Education*, Case NO.: 3:06-CV-498-WKW.

    In a discussion with Mr. Alexander last week, he informed me (for the first time) that he had retained your legal services to file a bankruptcy action in the U.S. Bankruptcy Court for the Middle District of Alabama (Petition #06-80812). This petition was filed in October 2006. Mr. Alexander informed me that he did not disclose to you the pending civil action he has in the Middle District. As you know, I contacted your office immediately upon finding out this information from Mr. Alexander.

    I am notifying you of this pending action which should have been disclosed to you. With this information, you may need to take appropriate steps to modify any filings made on Mr. Alexander's behalf. If you have any questions about this matter, please do not hesitate to contact me.

                                                      Respectfully yours,

                                                      Gregg L. Smith