# GREGG L. SMITH

ATTORNEY AT LAW
4905 Branch Mill Circle
Birmingham, AL 35223
PHONE: (205) 956-0101 FAX: (205) 956-0113

April 2, 2007

Curtis C. Reding
Bankruptcy Trustee
P.O. Box 173
Montgomery, AL 36101

      RE:      Louie Alexander

Dear Mr. Reding:

    In May 2006, I was retained by Mr. Louie Alexander to file a cause of action alleging race discrimination against his former employer. I filed that complaint in the Middle District of the United States District Court of Alabama in June 2006. That case is styled *Louie Alexander v. Opelika City Board of Education*, Case NO.: 3:06-CV-498-WKW.

    In a discussion with Mr. Alexander last week, he informed me (for the first time) that he had retained Marrell J. McNeal to file a bankruptcy action in the U.S. Bankruptcy Court for the Middle District of Alabama (Petition #06-80812). This petition was filed in October 2006. According to the docket report, you are the Trustee in this petition. Mr. Alexander informed me that he did not disclose to Mr. McNeal the pending civil action he has in the Middle District when disclosing information relevant to his bankruptcy. I have contacted Mr. McNeal and notified him of Mr. Alexander's civil case so he can take appropriate steps to modify any filings made on Mr. Alexander's behalf.

    I am also notifying you of Mr. Alexander's pending civil action so you will be aware of the case and that Mr. McNeal did not purposely fail to disclose this information in any prior filings. If you have any questions about this matter, please do not hesitate to contact me.

                                      Respectfully yours,

                                      Gregg L. Smith