Case # 06-498

3:06-CV-498-WKW

To the Judges, or whom it may concern

My attorney Greg Smith, stated that I gave him different statements about my case on different occasion, I haven't changed anything that I told Mr Smith from the beging of this case I didn't tell Mr. Smith about My bankruptcy at the begining of the case because at the time I haven't yet filed bankruptcy, I would Request that Mr Smith remain My attorney since we are in the final stages of this case, and Several other attorney, I talked to won't take the case for that reason. I've been thrust up forth with Mr. Smith from the beging of this case, feel that he should remain My attorney until this case is resolved

Sincerly,
Lou L. Al—

MONTGOMERY AL 361

10 APR 2007 PM 1 L

P.O Box 711
Montgomery, AL 3605
ATTN court administrator

361014071 E0003

Lucille Lee Alexander
229 Lee Rd 549 #6
Auburn, AL 31832