**DebtEd**

# U.S. Bankruptcy Court
## Middle District of Alabama (Opelika)
## Bankruptcy Petition #: 06-80812

*Assigned to:* William R. Sawyer  
Chapter 13  
Voluntary  
Asset

*Date Filed:* 10/05/2006

*Debtor*  
**Louie Lee Alexander**  
229 Lee Road 869  
Lot # 10  
Auburn, AL 36832  
SSN: xxx-xx-1330

represented by **Marrell J. McNeal**  
McNeal & Douglas, Attorneys at Law, LLC  
P. O. Box 1423  
Auburn, AL 36831  
(334)821-1596  
Fax : (334)821-9346  
Email: mmcneal@mcnealdouglas.com

*Bankruptcy Admin.*  
**Bankruptcy Administrator**  
U. S. Bankruptcy Administrator  
One Church Street  
Montgomery, AL 36104

*Trustee*  
**Curtis C. Reding**  
P. O. Box l73  
Montgomery, AL 36l0l  
334 262-837l

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 10/05/2006 | 1 | Chapter 13 Voluntary Petition .Fee Amount $50. Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. List of all creditors/creditor matrix due 10/20/2006. Atty Disclosure Statement due 10/20/2006. Inventory of Property due |

|            |   |   |
|------------|---|---|
|            |   | 10/20/2006. Schedule A due 10/20/2006. Schedule B due 10/20/2006. Schedule C due 10/20/2006. Schedule D due 10/20/2006. Schedule E due 10/20/2006. Schedule F due 10/20/2006. Schedule G due 10/20/2006. Schedule H due 10/20/2006. Schedule I due 10/20/2006. Schedule J due 10/20/2006. Schedules A-J due 10/20/2006. SSN/Tax ID due 10/20/2006. Statement of Financial Affairs due 10/20/2006. Summary of schedules due 10/20/2006. Statement of Monthly Income (Form 22C) due by 10/20/2006. Incomplete Filings due by 10/20/2006. (McNeal, Marrell) (Entered: 10/05/2006) |
| 10/05/2006 | 2 | Application to Pay Filing Fee in Installments . Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 10/05/2006) |
| 10/05/2006 | 3 | Certificate of Credit Counseling for Debtor Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 10/05/2006) |
| 10/05/2006 | 4 | Receipt of Voluntary Petition (Chapter 13).(06-80812) [misc,volp13a] ( 50.00) filing fee. Receipt number 1994511, amount $ 50.00. (U.S. Treasury) (Entered: 10/05/2006) |
| 10/06/2006 | 5 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 11/29/2006 at 10:00 AM in Opelika Federal Courthouse, U.S. Bankruptcy Court. Confirmation hearing to be held 01/10/2007 at 11:00 AM in Opelika Federal Courthouse, U.S. Bankruptcy Court. The Trustee appointed to this case is Curtis C. Reding. Deadline to file Proofs of Claim is 02/27/2007. (Entered: 10/06/2006) |
| 10/06/2006 | 6 | Order Approving Payment of Filing Fee Installments (Certificate of Service will be filed within 5 days) Entered On 10/6/2006. Final Installment Payment due by 2/5/2007. (JI, ) (Entered: 10/06/2006) |
| 10/06/2006 | 7 | Clerk's Notice on the following Deficiency(s):Summary of Schedules (A-J),Declaration of Schedules, Statement of Financial Affairs, Attorney's Declaration, Plan, Declaration RE: Electronic Filing, Employee Records & Statement of Monthly Income due by 10/23/2006. (RE: related document(s)1 Voluntary Petition (Chapter 13). Incomplete Filings due by 10/23/2006. (JI, ) (Entered: 10/06/2006) |

| 10/08/2006 | 8 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)5 Auto Assign Meeting of Creditors-Ch 13, ). No. of Notices: 11. Service Date 10/08/2006. (Admin.) (Entered: 10/08/2006) |
|---|---|---|
| 10/08/2006 | 9 | BNC Certificate of Service - See Image Attached - (RE: related document(s)7 Clerk's Notice of Deficiency, ). No. of Notices: 1. Service Date 10/08/2006. (Admin.) (Entered: 10/08/2006) |
| 10/08/2006 | 10 | BNC Certificate of Service - Order Approving Payment of Filing Fee Installments - (RE: related document(s)6 Order Approving Payment of Filing Fee Installments). No. of Notices: 1. Service Date 10/08/2006. (Admin.) (Entered: 10/08/2006) |
| 10/19/2006 | 11 | Disclosure of Compensation of Attorney for Debtor , Chapter 13 Statement of Current Monthly and Disposable Income , Schedule A , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Summary of Schedules , Statement of Financial Affairs Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (Attachments: # 1 Main Document # 2 Main Document) (McNeal, Marrell) (Entered: 10/19/2006) |
| 10/19/2006 | 12 | Chapter 13 Plan . The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 10/19/2006) |
| 10/19/2006 | 13 | Schedule B Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 10/19/2006) |
| 10/19/2006 | 14 | Declaration re: Electronic Filing Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 10/19/2006) |
| 10/19/2006 | 15 | Certification Regarding 522(q) Exemptions Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 10/19/2006) |
| 10/19/2006 | 16 | Exhibit *"D" Individual Debtor's Statement of Compliance with Credit Counseling Requirement* Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 10/19/2006) |

| | | |
|---|---|---|
| 10/20/2006 | 17 | Employee Income Records Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 10/20/2006) |
| 10/23/2006 | 18 | Chapter 13 Plan *(Redocketed for BNC)*. The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. Filed by Louie Lee Alexander. (JI, ) (Entered: 10/23/2006) |
| 10/25/2006 | 19 | Notice of Appearance and Request for Notice Filed by Karen-CAR L. Materna on behalf of East Alabama Medical Center. (Materna, Karen-CAR) (Entered: 10/25/2006) |
| 10/25/2006 | 20 | BNC Certificate of Service - Chapter 13 Plan - (RE: related document(s)18 Chapter 13 Plan). No. of Notices: 8. Service Date 10/25/2006. (Admin.) (Entered: 10/26/2006) |
| 10/26/2006 | 21 | NOTED: SUBMISSION ERROR-INCORRECT DOCKET EVENT-REPLACED WITH REL DOC. 22. Motion for Adequate Protection *payments throught Chapter 13 Trustee* Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) Modified text on 10/31/2006 (JI, ). (Entered: 10/26/2006) |
| 10/30/2006 | 22 | Motion for Adequate Protection Payments to the Trustee Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (JI, ) (Entered: 10/30/2006) |
| 10/30/2006 | 23 | Order Granting Motion For Adequate Protection Payments to the Trustee (Related Doc # 22) Entered On 10/30/2006. (JI, ) (Entered: 10/30/2006) |
| 11/01/2006 | 24 | BNC Certificate of Service - See Image Attached - (RE: related document(s)23 Order on Motion for Adequate Protection Payments to the Trustee). No. of Notices: 1. Service Date 11/01/2006. (Admin.) (Entered: 11/02/2006) |
| 11/03/2006 | 25 | Receipt of Chapter 13 Installment Filing Fee - $72.00 by CO. Receipt Number 06002036. (admin) (Entered: 11/04/2006) |
| 11/30/2006 | 26 | Amended Chapter 13 Plan Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 11/30/2006) |

| | | |
|---|---|---|
| 12/04/2006 | 27 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by Trustee Curtis C. Reding (RE: related document(s)5 Auto Assign Meeting of Creditors-Ch 13, ). (Reding, Curtis-MM) (Entered: 12/04/2006) |
| 12/14/2006 | 28 | Receipt of Chapter 13 Installment Filing Fee - $75.00 by EW. Receipt Number 06002401. (admin) (Entered: 12/15/2006) |
| 01/05/2007 | 29 | Trustee's Objection to Confirmation of Chapter 13 Plan . (Reding, Curtis-QS) (Entered: 01/05/2007) |
| 01/09/2007 | 30 | Amended Chapter 13 Plan Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 01/09/2007) |
| 01/17/2007 | 31 | Trustee's Summary of Confirmed Ch 13 Plan and Request for Order Confirming Plan . (Reding, Curtis-EC) (Entered: 01/17/2007) |
| 01/17/2007 | 32 | Trustee's Income Withholding Order . (Reding, Curtis-EC) (Entered: 01/17/2007) |
| 01/17/2007 | 33 | Receipt of Chapter 13 Installment Filing Fee - $70.00 by LO. Receipt Number 06002664. (admin) (Entered: 01/18/2007) |
| 01/17/2007 | 34 | Receipt of Chapter 13 Installment Filing Fee - $5.00 by LO. Receipt Number 06002664. (admin) (Entered: 01/18/2007) |
| 01/18/2007 | 35 | Order Confirming Chapter 13 Plan (Certificate of Service will be filed within 5 days) Entered On 1/18/2007 (RE: related document(s)31 Trustee's Summary of Confirmed Ch 13 Plan, 5 Auto Assign Meeting of Creditors-Ch 13, ). (JI, ) (Entered: 01/18/2007) |
| 01/20/2007 | 36 | BNC Certificate of Service - Order Confirming Ch 13 Plan - (RE: related document(s)35 Order Confirming Chapter 13 Plan). No. of Notices: 10. Service Date 01/20/2007. (Admin.) (Entered: 01/21/2007) |
| 01/23/2007 | 37 | Trustee's Order Releasing Wages. (Reding, Curtis-EC) (Entered: 01/23/2007) |
| 02/22/2007 | 38 | Receipt of Chapter 13 Installment Filing Fee - $2.00 by CS. |

|  |  |  |
|---|---|---|
|  |  | Receipt Number 06002992. (admin) (Entered: 02/23/2007) |
| 04/13/2007 | 39 | Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. Responses due by 5/7/2007. (McNeal, Marrell) (Entered: 04/13/2007) |
| 04/13/2007 | 40 | AMENDED Schedules B, Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 04/13/2007) |
| 04/13/2007 | 41 | Amended Statement of Financial Affairs Filed by Marrell J. McNeal on behalf of Louie Lee Alexander. (McNeal, Marrell) (Entered: 04/13/2007) |
| 05/08/2007 | 42 | Order Granting Rule 9007-1 Motion to Modify Plan Post Confirmation (Related Doc # 39) Entered On 5/8/2007. (JC, ) (Entered: 05/08/2007) |
| 05/10/2007 | 43 | BNC Certificate of Service - See Image Attached - (RE: related document(s)42 Order On Rule 9007-1 Motion). No. of Notices: 1. Service Date 05/10/2007. (Admin.) (Entered: 05/11/2007) |