IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 3 06 cv 498 WKW |
| | ) |
| OPELIKA CITY SCHOOLS, | ) |
| | ) |
| | ) |
| Defendants | ) |

NOTICE OF APPEARANCE AND REQUEST FOR NEW SCHEDULING ORDER

    Comes now the plaintiff and hereby notices the appearance of Jeff Bennitt who has agreed to and contracted with plaintiff to become his attorney of record in this action.
    Due to the delay in the discovery of this case, plaintiff requests this Honorable Court order the parties to convene to develop a new scheduling order for submission to this court.


/s/ Jeff Bennitt
_____
Jeffrey W. Bennitt ASB N51J
BENOO4

Jeff Bennitt & Associates, LLC, P.O. Box 383063
Birmingham, Al   35238-3063
Suite 3A 4898 Valleydale Rd., Birmingham, Al 35242 (205) 408-7240
fax: (205) 408-9236       e-mail: Bennittlaw@aol.com

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above was served on counsel below by e-file.

Honorable Randall Morgan

               /s/ Jeff Bennitt

               _____