IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-498-WKW |
| ) | |
| OPELIKA CITY SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 28, 2007, the plaintiff filed a request for a new scheduling order (Doc. # 24) in this case. It is ORDERED that, **on or before June 19, 2007**, the defendant shall show cause why the motion should not be granted.

DONE this 30th day of May, 2007.

                                            /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE