IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARON ALEXANDER, | : |
| Plaintiff, | : |
| -vs- | : Case No. 1:07-cv-0333-CB-C |
| BALDWIN COUNTY BOARD OF EDUCATION, | : |
| Defendant. | : |

# BALDWIN COUNTY BOARD OF EDUCATION'S
# CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Baldwin County Board of Education, and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Southern District of Alabama's Local Rule 3.4:

**This party is a governmental entity**.

RESPECTFULLY SUBMITTED this the 18th day of June, 2007.

BALDWIN COUNTY BOARD OF EDUCATION,
Defendant,

By: /S/  James R. Seale
James R. Seale (SEALJ3617)
HILL, HILL, CARTER,
 FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
Counsel for Defendant
wwm/6630.0177/f:Corporate Disclosure Statement.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Baldwin County Board of Education's Corporate Disclosure Statement* with the Clerk of the Court for the United States District Court, for the Southern District of Alabama, using the CM/ECF system which will send notification of such filing to: Henry H. Caddell, Esquire (hhc45@bellsouth.net); this the 18th day of June, 2007.

/S/   James R. Seale