IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-498-WKW |
| ) | |
| ) | |
| OPELIKA CITY BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that a telephonic scheduling conference is set in this matter for July 27, 2007, at 10:30 a.m.  Counsel for Defendant is DIRECTED to take all necessary action to coordinate and commence the status conference call.

DONE this 16th day of July, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE