IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LOUIE ALEXANDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-498-WKW |
| | ) |
| **OPELIKA CITY SCHOOLS,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The "motion for order" filed May 28, 2007 (Doc. # 24), is DENIED as moot.

DONE this 1st day of August, 2007.

                                        /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE