# EXHIBIT "1"

## E-MAIL FROM CARTER TO BENNITT DATED DECEMBER 6, 2007

## Liz Carter

**From:** Bennittlaw@aol.com
**Sent:** Thursday, December 06, 2007 2:29 PM
**To:** Liz Carter
**Subject:** Re: Louie Alexander v. Opelika City School Board

In a message dated 12/6/2007 2:21:44 P.M. Central Standard Time, ecarter@hillhillcarter.com writes:

> Dear Mr. Bennitt,
>
> Pursuant to our earlier discussions after the Plaintiff's deposition, I wanted to write and confirm that the Plaintiff will not be pursuing the following claims in this matter:
>
> | | |
> |---|---|
> | Count I | Race Discrimination (disparate treatment regarding Plaintiff's work assignment compared to similarly situated white employees) |
> | Count III | Retaliation (termination was a result of Plaintiff complaining about racial harassment) |
> | Count IV | Violations of FLSA |
> | Count V | Negligent Supervision |
>
> Based on the foregoing, the only remaining claim that needs to be addressed in any dispositive motion is Count II – Racial Harassment. The Defendant's summary judgment is due December 10, 2007. We will file a motion and supporting brief addressing only Count II – Racial Harassment and representing to the Court that Plaintiff will not be pursuing the remaining causes of action.
>
> If I misunderstood or am not stating the situation correctly, please let me know immediately. Also, for our records and for clarification for the court, please respond to this email that I have correctly stated Plaintiff's position. Or, if you prefer, simply re-state the agreement in your own words. I just want to make sure there is no misunderstanding.
>
> Thanks so much for your cooperation. Liz

12/7/2007

Yes, it is confirmed.

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this email is attorney privileged and confidential information intended for the use of the individual or entity named above. Any use, dissemination or copying of this communication by anyone is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by collect telephone, and delete the email and all attachments. Thank you.

Jeff Bennitt @ Associates, LLC
4898 Valleydale Rd., Ste. A-3
Birmingham, Al 35242
ph: 205-408-7240
fx: 205- 408-9236

---

Check out AOL Money & Finance's list of the hottest products and top money wasters of 2007.

12/7/2007