# EXHIBIT "2"

## DEPOSITION OF LOUIE ALEXANDER

1

2           IN THE UNITED STATES DISTRICT COURT

3          FOR THE MIDDLE DISTRICT OF ALABAMA

4                   EASTERN DIVISION

5

6    LOUIE ALEXANDER,

7           PLAINTIFF,

8

9    VS.                    CASE NO.:

10                          3:06-CV-498-WKW

11

12   OPELIKA CITY BOARD

13   OF EDUCATION,

14           DEFENDANT.

15              * * * * * * * * * *

16        DEPOSITION OF **LOUIE ALEXANDER**, taken

17   before Mary Moore-Wynn, CCR, as

18   Commissioner, on the 26th of November, 2007,

19   in the offices of 2007, Hill, Hill, Carter,

20   Franco, Cole & Black, 425 South Perry

21   Street, Montgomery, Alabama, pursuant to

22   stipulations set forth herein, commencing at

23   approximately 10:00 a.m.

24              * * * * * * * * * *

25

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1        A    Oh, and one was custodial.

2        Q    First Choice, is that in

3   Auburn?

4        A    Opelika.

5        Q    And the other one you said is

6   Interim?

7        A    Yes.

8        Q    All right.  Let's move to the

9   City of Opelika school board.  How did you

10  get the job at the Opelika High School?

11       A    Uhm, somebody was telling me

12  about an ad they had for a custodian.

13       Q    And where did you apply?

14       A    I went to the board of

15  education.

16       Q    To just the main office?

17       A    Yes.

18       Q    Did you interview with Joe

19  Wingo before you took the job?

20       A    Yes.  Matter of fact, I went

21  to -- I went there first.  And I asked for

22  him.  And me and him talked.  And, yes -- and

23  then I went and put an application in.  So,

24  yes.

25       Q    What is Joe Wingo's race?

1      Q    Anyone else?

2      A    He's black.  I think that's it.

3      Q    Okay.  And then there would

4  have been you?

5      A    Yes, ma'am.

6      Q    And your race is black; is that

7  correct?

8      A    I think so -- (indicating).

9      Q    I have to -- I know that sounds

10  rude.  I don't mean to be.  But when they

11  read it, the Judge won't know --

12      A    I know.  I know.

13      Q    All right.  Tell me if you

14  could, when you got hired, these are the

15  folks that you were working with.  And

16  Mr. Wingo ran the crew, I guess?

17      A    Yes.

18      Q    Tell me, if you could, just

19  kind of describe for me what the division of

20  responsibilities were with you guys and like

21  what you did every day, what your

22  responsibilities were, and how those

23  responsibilities were divided among you?

24      A    Uhm, we -- he gave me a sheet.

25  And this sheet told me every room to clean.

1   And that --

2            Q    Mr. Wingo gave it to you?

3            A    Yes.

4            Q    And so, you had a sheet of

5   paper that gave you all the rooms you were to

6   clean?

7            A    Yes, ma'am.

8            Q    And so, I guess you didn't have

9   division of responsibilities like, you take

10  the floors, I take the trash cans?  If it was

11  your room, then you had to do everything?

12           A    Yes, ma'am.

13           Q    So, you had to mop the floors

14  and take out the garbage and --

15           A    Well, there was occasions that

16  we do teamwork.  That was on several

17  occasions that we did teamwork.

18           Q    And what would happen whether

19  you did teamwork?

20           A    It wouldn't be teamwork.

21           Q    What do you mean?  Like on what

22  occasions -- let's back up a little bit.  On

23  what occasions would you please assigned what

24  you would call teamwork?  What would be going

25  on that that's how they did it?

1        A    Like with banquets, anything

2    where people come back to the school after

3    hours or either a lunch time, because we

4    mostly had to put out a lot of tables.

5        Q    Okay.  And so, like, for

6    activities or projects, you all would get

7    together and do stuff.  Are you saying that

8    it was not an even share of work?

9        A    No, ma'am.

10       Q    And tell me what you mean by

11   that.

12       A    Uhm, Joe had the blacks doing

13   the work, and the white didn't do nothing.

14       Q    So, Joe didn't make James

15   Chance or Ken Mangrum do anything?

16       A    And Jim McMann (sic).

17       Q    And Jim McMann?

18       A    No.

19       Q    Okay.  Well, what would they be

20   doing?

21       A    Outside smoking a cigarette or

22   somewhere hid.

23       Q    Okay.  And so all these

24   other -- were these other custodians who are

25   also black you feel would support the concept

1    that the white people were not made to do

2    anything?

3                    A    I would bet my life on it.

4                    Q    You would bet your life on it?

5                    A    Yes, ma'am.  That's what I --

6    that's how strong I feel about that.

7                    MR. BENNITT:  I'm -- did you

8                    understand her question,

9                    because I heard something.

10                   Can we ask that over again?

11    BY MS. CARTER

12                   Q    Yeah, my question was:  Were

13    the other custodians that you gave me their

14    names --

15                   A    Yes.

16                   Q    -- that are also black --

17                   A    Yes.

18                   Q    -- is it your testimony, or do

19    you believe that they would support your

20    allegations that the white people were not

21    made to do anything at work?

22                   A    I think some of them would,

23    yes.

24                   Q    Okay.  Who do you think will

25    support that allegation?

1    that the black individuals and the white

2    individuals were separated from each other

3    for work duties.

4              A    That's just how the supervisor,

5    Joe Wingo, did it.  He -- he would not have

6    them doing any kind of work.  He just get me

7    or the blacks to do it.

8              Q    Well, I mean, are you saying

9    that he wasn't giving them anything to do at

10   all?  And how -- and I'm just trying to

11   understand, because we weren't there.

12             A    Okay.  Okay.

13             Q    So, I need you to describe to

14   me in as much detail as possible exactly what

15   you are talking about.

16             A    Ma'am, he would take work

17   from -- you know, I told you everybody had an

18   assignment.

19             Q    Uh-huh.

20             A    What you call it, a work

21   schedule.  Job duties.  He would go in and

22   take all the work from the whites and give it

23   to me or the blacks.  He didn't -- he didn't

24   want the whites to do nothing.  He made all

25   the blacks do all the work.  All of them.

1          Q   Hang on.  So, let's go back to

2  that example, then, because I was talking

3  about activities.  So, you're saying that you

4  had a worksheet of the work you had to do?

5          A   Yes, ma'am.

6          Q   But when you got to work every

7  day, you were given assignments off the white

8  custodian sheets?

9          A   And he --

10         Q   Hang on.  Answer that question.

11  Were you ever given --

12         A   Yes, ma'am.

13         Q   -- assignments off a white

14  custodian's worksheet?

15         A   Yes, ma'am.

16         Q   Was that person at work when

17  that happened?

18         A   Yes, ma'am.

19         Q   Did that happen every day?

20         A   All the time.  Constantly.

21  Constantly happened.

22         Q   Okay.  So, how many times a

23  week did it happen?

24         A   Ma'am -- how many times a week?

25         MR. BENNITT:  Think to

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1            yourself.

2            **THE WITNESS:**  Okay.

3        A    A lot, ma'am.  A lot.

4        Q    So, when you're given your

5   worksheet when you went to work there, is

6   that something that changed all the time, or

7   did your worksheet stay the same?

8        A    He would --

9        Q    No, no, no.  Hang on.  And I'm

10  sorry to ask a bad question.  You testified

11  earlier that you were given a sheet that was

12  your work assignments?

13       A    Yes, ma'am.

14       Q    Like your area?

15       A    Yes, ma'am.

16       Q    Your rooms or what have you?

17       A    Correct.

18       Q    Once you were given that, did

19  your work assignments ever change in regards

20  to what was written on your sheets?

21       A    Yes.

22       Q    So, how often would that sheet

23  change?  Like when would you be reissued a

24  sheet?

25       A    Right after -- right after --

1    right after my -- I started there in 2003.

2    2004, after we came back from Christmas --

3    no, the summer break, I was issued a new

4    sheet.

5              Q    Okay.

6              A    And Mr. Wingo have given me all

7    of Jim and James' assignments -- just about

8    all of it.  He gave me the bathrooms, because

9    Jim had complained that he didn't like

10    cleaning the bathroom.  He took it off of

11    Jim's sheet and gave it to me.  He gave me

12    some of James Chance's rooms.

13              Q    Okay.  Hang on.  Up until the

14    summer -- you all came back from the summer

15    break --

16              A    Yes, ma'am.

17              Q    -- did you feel like the

18    division of the work that you were doing as

19    opposed to the white employees was okay?

20              A    No, ma'am.  Okay?

21              Q    Or fair --

22              A    No --

23              Q    -- equitable?

24              A    -- no, ma'am.

25              Q    Okay.  Well, before the summer

1      A    Yes, ma'am.

2      Q    From the time you got hired

3  until your break -- I am talking about just

4  that time period --

5      A    Oh.

6      Q    -- what occurred that you say

7  was inequitable between you with your work

8  assignments?

9      A    He would -- you have got to

10  keep in mind that I am new there.  I didn't

11  know everything.  But when I got back, that's

12  when I --

13      Q    When you got back from your

14  break?

15      A    Yes, ma'am.

16      Q    So, my question is:  Is it your

17  testimony, then, that you are not really

18  aware of any inequities that were occurring

19  in the work assignments in that first part of

20  your job, when you were new?

21      A    When I was new, I was stripping

22  the floors and waxing the floors in the white

23  employees' area.  And we started out as

24  somewhat teamwork, and then it changed.

25      Q    Okay.  So, during the first

1    portion of your job from the time you got

2    hired until the time you got out on your

3    first break, your summer break --

4              A    Yes, ma'am.

5              Q    -- are you saying that jobs

6    were inequitable, because you were waxing the

7    floor in the white people's area?

8              A    Yes, ma'am.

9              Q    Were you waxing the floor in

10   the black custodians' areas?

11             A    No.

12             Q    Whose area were you waxing the

13   floor of that you say you shouldn't have had

14   to wax during that time period?

15             A    James Chance and Jim McManus.

16             Q    And how many times did you wax

17   their areas?

18             A    All the time.  All the time,

19   ma'am.  Constantly.  All the time.

20             Q    Were there any duties that

21   those individuals did in your areas?

22             A    No.

23             Q    And you never waxed the areas

24   of any of the black employees?

25             A    No.

1    Q    When you say "all the time", is

2    it your testimony from the time you got your

3    job until the time you were terminated that

4    you were made to wax your floors in your

5    areas and then to wax the areas of Jim and

6    James?

7    A    Correct.

8    Q    Okay.  What about this other

9    fellow, is that his name, Ken?  Were you

10    doing his?

11    A    He worked mostly outside.  But

12    I -- yeah, I have been asked to come back on

13    weekends and clean the ballpark for him on

14    several occasions.

15    Q    What do you mean "for him"?

16    A    He didn't want to do it.  He

17    wanted me to do it, because it was a nasty

18    job.

19    Q    Were there ever any white

20    employees that worked with you on the

21    weekends?

22    A    No.

23    Q    So, it's your testimony that

24    during the two years you were there, no white

25    employees worked on the weekends?

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1    A    Oh, sorry.  During the football

2    stadium.  On games -- when we would come back

3    on Saturday morning to clean the football

4    stadium, they would be there.  Just only

5    there.

6    Q    What do you mean?

7    A    They were not doing anything.

8    They would just be there, walking around.

9    Q    Okay.  So, you are just saying

10    they would show up for work and not do

11    anything they were supposed to be doing?

12    A    Correct.

13    Q    And that you were doing

14    everything you were supposed to be doing?

15    A    Yes, ma'am.

16    Q    And their work, too?

17    A    Yes, ma'am.

18    Q    So, if your coworkers and your

19    supervisor said that you would not work or do

20    the things that you were assigned to you,

21    they would all just be not telling the truth?

22            MR. BENNITT:  Objection to the

23                    form.

24    Q    Is that correct?

25    A    Yes.

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1    Q    Okay.  Do you know what the

2    work assignments were for James and Jim

3    during these holiday periods?

4          A    Uhm, nothing, because they

5    didn't do nothing.

6          Q    Okay.  Is it your testimony,

7    Mr. Alexander, that these individuals were

8    just showing up to work every day and allowed

9    to do nothing, and that that was the way it

10   was because they were white?

11         A    Correct.

12         Q    Okay.  You have told me about

13   the waxed areas during the holidays.  Because

14   is that about the times you all would wax the

15   floors during the holidays?

16         A    Any holiday or days that school

17   was out, and we had to work.

18         Q    Okay.  I'm going to put that

19   down as one.  Give me another example or tell

20   me what happened that you felt like that your

21   work and the work of the other black

22   individuals was inequitable compared to the

23   white employees?

24         A    Ma'am, he all the time did

25   this.  Anything that they didn't want to do

1   decreased on the sheets of paper, in your

2   opinion?

3           A    Yes.   Yes, ma'am.

4               (Brief Interruption.)

5   BY MS. CARTER

6           Q    Is there any other thing other

7   than the bathrooms and the science building

8   floors that you can tell us specifically

9   about where you believe the responsibility

10  was taken from a white custodian and given to

11  you?

12          A    Yes.   I remember an incident

13  where Ken Mangrum would not go weed eat the

14  stadium, the football stadium.   He told me to

15  go up there and do it.

16          Q    Who told you that?

17          A    Joe Wingo.

18          Q    Okay.   And do you know why Ken

19  wouldn't do it?

20          A    He didn't want to, ma'am.   And

21  he didn't want to.   And he didn't have to.

22          Q    When all this stuff was coming

23  down on you -- like let's take the three

24  examples you have given so far -- why weren't

25  any of the other black employees given extra

1      A    The football stadium.  Saturday
2  morning, they would be there, but they didn't
3  want to help clean it.  The blacks did it.
4      Q    And how often do you clean the
5  football stadium?  Was that something you
6  would have done every Saturday morning during
7  football season?
8      A    Yes, ma'am.
9      Q    For a home game?
10      A    Yes, ma'am.
11      Q    And who was assigned to do
12  that; did all ten of you go?
13      A    All of us, yes, ma'am.
14      Q    So, it was typical practice,
15  then, that during football season, on a
16  Saturday morning after a home game, all ten
17  of you went to the stadium?
18      A    Correct.
19      Q    And would Joe Wingo also be in
20  attendance?
21      A    Yeah.  He would come there,
22  walk around and leave and go.
23      Q    Okay.  And so he would go when
24  you guys were still working?
25      A    Yeah.  He would go -- he would

1  Like, I guess the seats, picking up the

2  trash, and what else would you do?

3          A   Oh, outside the stadium.   We

4  also had to clean the parking lot up, too.

5          Q   So, when you're talking about

6  cleaning, primarily, you would all kind of

7  dissent on the stadium and get up all the

8  trash?

9          A   Yes, ma'am.

10         Q   And then you would leave?

11         A   Yes.

12         Q   And you're saying the three

13 white employees did nothing?

14         A   Correct.

15         Q   Every time?

16         A   Yes.

17         Q   Okay.   Did you ever say

18 anything to the white employees while you

19 were working?

20         A   Only Jim one time.   And I only

21 said something to him, because he called me a

22 boy.

23         Q   Okay.   What did he say?

24         A   Joe had came back one Saturday

25 and told me to go in Jim's area and get like

94

```
1   a trash can or something.  And Jim -- I asked
2   Jim for the key.  And he said, get your own
3   key, boy.
4           Q    How old is Jim?
5           A    Probably about 40 or 50.
6           Q    Forty or 50.  I hope somebody
7   says that about me one day a, ten-year span.
8   But he's older than you?
9           A    Yes.
10          Q    And you were asking him for a
11  key for what when that happened?
12          A    To go in his area -- Joe had
13  asked me to go in his area and get a trash
14  can and bring it back to the field.  And I
15  had to borrow his key to get in that area.
16          Q    And he said "get your own key,
17  boy"?
18          A    Yes, ma'am.
19          Q    Any other time that Jim said
20  anything to you like that?
21          A    All the time.  All the time.
22          Q    Okay.  I thought that you just
23  said a few minutes ago that it happened once.
24          A    I said that Jim called me a boy
25  once?
```

1       Q    Okay.  That's fine.  Just tell

2  me the other times that he did.  I'm sorry if

3  I misunderstood.

4       A    Ma'am, he have did it on

5  occasion -- occasionally, ma'am.

6       Q    He what?

7       A    He have called me this boy on

8  occasionally.  He have did it -- he have

9  completely on occasion called me that racial

10  word.

11      Q    Okay.  So, he has, on occasion,

12  called you boy?

13      A    Yes.

14      Q    Okay.  And how many times would

15  you say during the time that you worked there

16  that he called you boy?

17      A    Uhm, he probably did it about

18  five times.  After that, ma'am, I just -- if

19  I could, I stopped being around him, because

20  nobody did nothing to stop it.

21      Q    Okay.  So, he called you boy

22  about five times, and then you just stopped

23  being around him, so he couldn't talk to you?

24      A    Every chance I could not be

25  around him -- and that was a lot, because

1  they didn't do nothing.  I mean, we -- we had

2  to do all the work.

3           Q    Okay.  Do you have a

4  specific -- and I have down that it was about

5  five times -- do you have a specific memory

6  where you could tell us about those five

7  occasions?

8           A    Uhm, yes.  I was asked to go

9  into the band room and strip Jim's floor,

10  strip and wax Jim's floor.  And he just stand

11  up watching me laughing at me doing all the

12  work.  And he said it then.

13           Q    What did he say?

14           A    Started laughing.  I just

15  looked at him.  Boy.  But that's exactly the

16  way he said it.

17           Q    So, you were made to strip his

18  floor, and he was allowed to stand there and

19  laugh at you while you stripped it?

20           A    Yes, ma'am.

21           Q    And then he just said, "boy"?

22           A    Yes, ma'am.

23           Q    And who witnessed this?

24           A    I think at the time it was just

25  me, him, and James Chance there then at that

1    moment.

2               And then there was another time

3    he did it.  Ms. Moore heard it.  But I know

4    she would not probably say she did.

5               MR. BENNITT:  Well -- okay.

6               THE WITNESS:  I'm sorry.

7          Q    When did Ms. Moore hear it?

8          A    In the -- outside of the

9    band -- outside of the band room one night.

10         Q    And what did he say?

11         A    He said -- first time he said

12   it, I didn't quite hear him.  Then I turned

13   around and looked at him.  He said it again.

14   He said boy.

15         Q    He just said boy?  Like he

16   wasn't saying, boy, get me this, or, boy, can

17   I talk to you?  He just said boy, like for no

18   reason to you or towards you?

19         A    Yes, ma'am.

20         Q    So, he wasn't actually

21   conversing with you about something?  Do you

22   understand my question?

23         A    No -- yes, ma'am.

24         Q    Like as opposed to the first

25   time when he said boy -- get your own key,

1    boy?

2            **A**    After that time, he just

3    constantly said it to me.

4            **Q**    Do you know whether or not he

5    referred to white people as boy?

6            **A**    No, ma'am.

7            **Q**    Okay.  Okay.  So, you told us

8    about those times.  Are there any other

9    specifics -- times that you can remember?

10   You have told us three of the five.  Or I

11   guess you said approximately five.  Are there

12   any other specifics?

13           **A**    I can't remember exactly when

14   or where.

15           **Q**    That's fine.  Did James Chance

16   ever call you boy?

17           **A**    He did one time.

18           **Q**    All right.  And tell me about

19   that.

20           **A**    Uhm, it was an incident

21   where -- it was an incident where the

22   supervisor had went in and put -- marked me

23   absent when I was at work.  And I was trying

24   to find the supervisor to ask him why he did

25   that.

1    Q    Wingo did?

2    A    Yes, ma'am.  And I was trying

3  to find him.  And I asked James where he was.

4  And James said, you don't need to see him.

5  You need to see me.  And I said, no, I need

6  to see Joe; he's the supervisor.  He asked

7  me, what can I help you with?  I said, James,

8  I need to see Joe.  And I walked off from

9  him.  And that's when he called me that

10  racial word, ma'am.

11    Q    Just tell me --

12    A    Boy.

13    Q    Have you ever heard James refer

14  to a white individual as boy?

15    A    No.  No.

16    Q    Do you know whether or not he

17  does?

18    A    I have never heard or seen him.

19    Q    Okay.  What about Ken, has he

20  ever called you boy?

21    A    No.

22    Q    Have any of the black employees

23  ever called you boy?

24    A    No.

25    Q    Have you ever used the word

1    "boy" to anybody?

2              A    No.  No, ma'am.

3              Q    So, if anybody at our workplace

4    said that you have used the term "boy"

5    towards anybody, that would be incorrect?

6              A    Correct.

7              Q    Is it your testimony or do you

8    feel that the term "boy" is racist?

9              A    Yes, ma'am.

10             Q    Is there anything else that any

11   of your coworkers ever said to you that you

12   thought was racist?

13             A    Is my coworkers --

14             THE WITNESS:  Is supervisor; is

15                  that the same thing?

16             Q    No, I'll get to supervisor.

17   Yeah, that's a bad question.  Just the ten of

18   you that you told me about.

19             A    I think that's pretty much it.

20             Q    Are you saying that Joe Wingo

21   ever said anything to you that you consider

22   racist?

23             A    Yes, ma'am.

24             Q    Tell me what you feel like you

25   consider was racist.

```
 1            A    One night, he said Louie, when
 2   your boy get mad with you, do he call you
 3   boy?
 4            Q    He said what, now?
 5            A    He said, Louie, when your boy
 6   get mad -- upset with you, mad, do he call
 7   you boy?
 8            Q    Is he talking about your child?
 9            A    Yes, ma'am.
10            Q    And what did you say in
11   response?
12            A    Ma'am, I was so overwhelmed.  I
13   say, no, he don't call me -- that's what I
14   realized what -- you know -- oh, man.
15            MR. BENNITT:  Calm down and
16                 answer the question.
17            A    I'm sorry.  I didn't --
18            MR. BENNITT:  Don't think out
19                 loud.
20            A    I'm sorry.
21            MR. BENNITT:  Just answer the
22                 question.
23   BY MS. CARTER
24            Q    So, what did you say in
25   response to him?
```

1          okay.

2          **A**    He began to curse, ma'am.  And

3    he called me boy.  And I called Joe to the

4    side and talked to Joe about him cursing me.

5    And uhm --

6          **Q**    So, he started cussing you and

7    threw in "boy" there, too, during that

8    incident?

9          **A**    Yes.

10          **Q**    And when you say he started

11    cussing you, like what was he --

12          **A**    Using cursing words, ma'am.

13    And then at the end, he used boy.

14          **Q**    Okay.  And so, you talked to

15    Wingo about it?

16          **A**    Yes.

17          **Q**    And what happened?

18          **A**    He didn't really want to hear

19    what I had to say and walked off from me.

20    And he said -- I think he said, I'm not

21    100 percent sure, but I think he something

22    racist, too.

23          **Q**    During that conversation?

24          **A**    Yes, ma'am.

25          **Q**    What do you mean you're not

1   100 percent sure?  Do you remember whether or

2   not he said something racist during that

3   conversation?

4           A    I'm not -- I'm not for sure.

5   I'm not sure.

6           Q    All right.  Any other time that

7   Mr. Wingo said or did something racist

8   towards you?

9           A    Yes, ma'am.  Like -- yes,

10  ma'am.  A lot of times.

11          Q    Okay.  What is the other

12  occasion?

13          A    Well, we -- where he would

14  always give me the white's assignments.  And

15  he would falsify my time cards -- my time

16  sheets.

17          Q    Hang on.  White employee's

18  assignments.  We've talked about that some.

19  We'll come back and make sure we've heard

20  everything.  And then your time sheets?

21          A    (Witness Indicating.)

22          Q    Let's do this, so we can stay a

23  little organized in our heads.  We'll come

24  back to those two issues in just a second.

25  Is there anything else that he ever said to

1    you that you thought or considered to be

2    racially derogatory?

3            A    I can't remember right now.

4            MR. BENNITT:  Well, that's not

5                the right answer.  If you

6                can't remember, you need to

7                go out in the hall and stop

8                and relax.

9                    Let's take about a

10                two-minute break.

11            (Brief recess.)

12            THE WITNESS:  I'm ready.

13    BY MS. CARTER

14            Q    All right.  Let's go.  We're

15    going to get to the time sheets and the white

16    employee assignments in a few minutes.  I

17    have read that in your complaint.  Just so I

18    don't get confused, and we have to start

19    jumping around --

20            A    I'm sorry.

21            Q    No, no, no.  That's fine.  You

22    have answered my question.  Is there anything

23    else that you can recall that Mr. Wingo has

24    said to you -- not this other stuff -- but

25    that he said to you that you found to be or

1    felt was racially derogatory?

2         A    Yes, ma'am.

3         Q    Okay.

4         A    I can't remember the dates.

5    But on a lot of occasions, ma'am, he have did

6    racist things to me and said racist things.

7    On plenty of occasions, ma'am.

8         Q    Here is the deal -- and your

9    lawyer will explain this to you.  And I will

10   just tell you -- and you have a harassment

11   claim in your case, also.  Like you have a

12   claim about being terminated, but you also

13   have a hostile environment claim.  So, it's

14   impossible for us to look at that or evaluate

15   it if we don't have as much specifics as

16   possible.  If you can't give them to me or

17   feel like you have given me as much detail as

18   you can, that's fine.

19        A    Uh-huh.

20        Q    But I want to give you an

21   opportunity here today to tell me as many

22   occasions as you can recall that he said or

23   did something to you that was racist.  And

24   you have told me about some things that he

25   said.  You have told me about time sheets and

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1   giving that as an example of whether

2   Mr. Wingo did something racist.  So, did you

3   have a talk with Mr. Wingo about going to see

4   Mr. Funderburke?  I mean, I'm trying to --

5        A    No.  He knew it, because

6   apparently Mr. Funderburke had talked to him.

7        Q    And what did Mr. Wingo say to

8   you?

9        A    At first, he didn't say

10  nothing.  He was just real upset.  And then

11  that's what he called me a boy, again.

12       Q    And what did he say to you?

13  What was the sentence that he said to you?

14       A    I think -- actually, I know

15  exactly what it was.  He told me to go in

16  front of the building and pick some paper up.

17  I looked at him.  I said, okay.  He said,

18  boy.  I just walked off from him.

19       Q    So, he told you to pick up some

20  paper, boy?

21       A    Yes, ma'am.  He told me to go

22  in front of the building and pick up some

23  paper.

24       Q    Okay.  Any other occasions when

25  Mr. Wingo said something to you that you

112

1  consider to be racist?

2         A   Yes.  It was -- a lot of

3  occasions where he would come back at night

4  and say racist things.

5                   MR. BENNITT:  What?  Say them.

6                   It's easy.

7                   THE WITNESS:  I'm sorry.

8         A   Stuff like "boy", ma'am.  Stuff

9  like how you hang somebody and stuff like

10 that, ma'am.

11        Q   What?

12        A   Yes.

13        Q   What did you say?

14        A   Like a noose.  He was saying

15 stuff like "boy", and how you tie a noose

16 around somebody's neck.

17        Q   Okay.  And what did he say

18 about the noose?

19        A   Uhm, he was telling him like he

20 have seen stuff where people have did

21 horrible things like tie a noose around your

22 neck.  And then he would look at me and start

23 laughing.

24        Q   Okay.  And how many times did

25 he talk to you about a noose?

113

```
 1              A    I think -- that was the only
 2   occasion he talked to me about a noose.  That
 3   occasion.
 4              Q    Was he talking about hanging
 5   black people or anything like that?
 6              A    He didn't say either one,
 7   ma'am.
 8              Q    Okay.  Any other thing you want
 9   to tell us about that he said?
10              A    I think I told you all the
11   times that he --
12              Q    Okay.  All right.  Now, we also
13   talked about work assignments that you said
14   were unfairly assigned to you away from the
15   white individuals when they would complain
16   about not wanting to do the job.  Is that
17   fair?
18              A    Yes, ma'am.
19              Q    And you told me about the boys'
20   bathroom and the science building and weed
21   eating at the stadium, and then Saturday
22   mornings the white people being allowed to
23   stand around while you cleaned the stadium?
24              A    Correct.
25              Q    And you had to wax their area?
```

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1       A    Yes.

2       Q    So, I have those five things.

3   Are there any other things, specifics, that

4   you can tell us about where you believe that

5   you and/or the other black employees were

6   made to do the white employees' work?

7       A    It was just that this occur all

8   the time, ma'am, all the time.

9       Q    Okay.  And I am not trying to

10  be difficult.  And you keep saying that.

11      A    Uh-huh.

12      Q    Is there anything else that you

13  had to do at work that you say was taking

14  over the white employee's job

15  responsibilities; other than the ones -- the

16  five things we just went through?

17          And I don't mean to insinuate I

18  know of something else; there has to be

19  something else.  I am just giving you an

20  opportunity to tell us --

21      A    No.

22      Q    -- of anything else.  You think

23  you have told us the things?

24      A    I think so, yeah.

25      Q    All right.  Now, you have

1           Q    Did anybody in the school make

2  racist comments to you or that you were

3  around at work that you haven't told us

4  about?

5           A    No, ma'am.

6           Q    So, we have covered the racial

7  things that would have been said to you?

8           A    Yes, ma'am.

9           Q    Okay.  All right.  Let's go to

10  your time sheets.  You have alleged in this

11  case that your time sheets were altered?

12           A    Uh-huh.

13           Q    To make it look like you worked

14  less hours than you had actually worked; is

15  that correct?

16           A    Correct.  Yes, ma'am.

17           Q    Tell me about that.  Tell me

18  what the facts are behind that claim.

19           A    Because I had -- he just -- he

20  just went in all the time, ma'am, and

21  falsified my time.

22           **MR. BENNITT:**  Who is he?

23           A    Joe Wingo.  Sorry.  Supervisor

24  Joe Wingo.  He would go in constantly and

25  falsify my time sheets.

1    MR. BENNITT:  Okay.  We're

2    ready.

3    BY MS. CARTER

4         Q    Okay.  My question still stands

5    that I want to know how you -- I'm just

6    trying to figure out how you looked at these

7    and determined that those were, in fact, the

8    times that the time was changed.

9         A    Ma'am, I just know on some

10   occasions.  I can't be one hundred percent

11   sure.  I know on some occasions he have -- I

12   have seen him change my time.

13        Q    Let me just make something

14   clear.  The stack B, you don't really know,

15   sitting here today, that these are the

16   incidents, do you?  You can't look at these

17   sheets of paper and say, Joe Wingo changed my

18   time on these?

19        A    No.

20        Q    But it's your testimony that

21   you personally witnessed him changing your

22   time on occasion?

23        A    Yes, ma'am.

24        Q    Okay.  What would you do when

25   you saw him do that?

1      A    I would ask him about it.

2      Q    Okay.  What would you say?

3      A    I would be like, Joe, this is

4  not correct.  This is not right.  These hours

5  is not right.

6      Q    And what would he say?

7      A    Nothing.  Nothing.  But I know

8  there was occasions once -- one occasion

9  where he called me that word again, because

10 I --

11          MR. BENNITT:  No.  You have got

12               to say the word.

13     A    Called me boy, because I told

14 him that I was going to tell Mr. Funderburke

15 and them again about this.

16     Q    How many times did you have a

17 conversation with Joe Wingo about changing

18 your time?

19     A    On many occasions.  I don't

20 know how many, exactly.

21     Q    Did you sign these time sheets?

22     A    Yes.

23     Q    Why would you sign them if they

24 are incorrect?

25     A    I think I signed this after --

134

```
 1              MR. BENNITT:  You're thinking.
 2          Guessing.  You know, give
 3          facts.  If you don't know,
 4          just say, I don't know.
 5      A    I don't know, ma'am.
 6              MR. BENNITT:  That's a --
 7              THE WITNESS:  I'm sorry.
 8      Q    But it's your testimony that at
 9  least some of these are inaccurate?
10      A    Yes, ma'am.
11      Q    Do you have an estimate,
12  sitting here today, of how many hours you say
13  you worked that you weren't paid for?
14      A    I'm not for sure.
15      Q    Well, some of these reflect
16  overtime.
17      A    Okay.
18      Q    And you have put them in the
19  stack of being incorrect?
20      A    Yes.
21      Q    Do you have a specific memory
22  of any of these weeks, any of these pay
23  weeks?
24      A    No, ma'am.
25              MR. BENNITT:  I think you got
```

```
 1                         your answer.

 2            Q    Let's move on.   Tell me what

 3   this is, Defense Exhibit 3.

 4                    (Whereupon, Defendant's

 5                     Exhibit 3 was marked for

 6                     identification and is attached

 7                     hereto.)

 8   BY MS. CARTER

 9            Q    What is this, please, sir, if

10   you know?

11            A    I don't know, ma'am.

12            Q    Okay.   Part of your claim in

13   this case is that you have complained about

14   what you consider to be discrimination.   And

15   you were ultimately terminated for

16   complaining about that; is that correct?

17            A    Yes, ma'am.

18            Q    So, now I need you to tell me

19   when you made a complaint.   I know that you

20   went to Mr. Funderburke.

21            A    Uh-huh.

22            Q    How many times did you go to

23   Mr. Funderburke?   We know you went to Stan

24   Cox once?

25            A    Yes.
```

1    Q    Let's take Funderburke first,

2  because you went to him first; correct?

3    A    Yes.

4    Q    How many times did you complain

5  to Mr. Funderburke?

6    A    Ma'am, a lot of times.

7    Q    Tell me about the first time

8  you went to see him and what was said during

9  that conversation.

10    A    The first time was I went and

11  saw him about the bathroom, when he had gave

12  me Jim's bathroom.  And I told him what he

13  did and what he said and when he called me --

14  he -- I told him that Jim did not want to

15  clean the bathroom.  And he gave the bathroom

16  to me because Jim did not want to clean it.

17  And I told him that -- that Joe called me

18  racial words like boy and stuff.

19    Q    Anything else?

20    A    Not then.

21    Q    Okay.  And what did he do, if

22  anything?

23    A    He said he would talk to Joe.

24    Q    Let me ask you something, real

25  quick:  Are there any witnesses other than

---

1    and what you were saying to him.

2                 MR. BENNITT:  Best judgment.

3         A    Best judgment.

4                 MR. BENNITT:  When did you

5                 start complaining?

6         A    After he continued to say

7    those -- call me boy and give me the jobs of

8    the white employees -- the jobs that they did

9    not want.

10        Q    Okay.  Let me tell you this:

11   In looking through some paperwork, I saw that

12   you were given a job assignment change when

13   you came back from your break in the summer

14   of '04?

15        A    Yes, ma'am.

16        Q    I don't know what that was, but

17   that you were given a job assignment change.

18   And that you were unhappy about it?

19        A    Yes, ma'am.

20        Q    And that you talked to

21   Mr. Funderburke about it?

22        A    Yes, ma'am.

23        Q    Would that have been the first

24   time that you complained to Mr. Funderburke,

25   because I don't see any evidence of you

```
 1   talking to him before then.  And there is
 2   nothing wrong with that.  I'm just trying to
 3   -- and if that's not right, tell me.
 4           A    Yes, ma'am.  That's correct.
 5           Q    Would the summer of '04 have
 6   been the first time you talked to
 7   Mr. Funderburke?
 8           A    Yes.
 9           Q    And did you tell him during
10   that time that you did not think it was fair
11   that you had to do that job?
12           A    Correct.  Yes.
13           Q    Did you ever complain to
14   Mr. Funderburke that Ms. Moore was not doing
15   her job on one occasion?
16           A    I think one occasion.
17           Q    And Ms. Moore is a black
18   employee?
19           A    Yes.
20           Q    So, I take it on that occasion,
21   you would not have been making a race
22   complaint?  You just said she wasn't doing
23   what she was supposed to be doing?
24           A    Yes.
25           Q    Did you say that because you
```

```
 1            A    No, ma'am.  No, ma'am.

 2            Q    And you never discussed that

 3   with Mr. Funderburke or Mr. Wingo?

 4            A    I talked with Mr. Jason Bryant

 5   about that.

 6            Q    Who?

 7            A    Mr. Bryant.

 8            Q    Mr. Bryant?

 9            A    Yes.

10            Q    And tell me who he is.

11            A    He's assistant principal.

12            Q    What did he tell you about

13   that?

14            A    I told him that this paper was

15   being left here intentionally for me to get

16   it up.  And I was going to leave it here.

17   And can you let Mr. Funderburke see what is

18   happening?

19            Q    You thought somebody left trash

20   to pick up just to get at you?

21            A    Yes.

22            Q    What caused you to think that?

23   What had happened that made you think that?

24            A    Because this have happened

25   before.
```

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1          Q    What had happened; that

2    somebody left trash out for you to get up?

3          A    Yes.

4          Q    How did you know somebody left

5    it out for you?  Did you see somebody leaving

6    the trash?

7          A    No.

8          Q    Do you know who did it?

9          A    No.

10          Q    Were you ever counseled or

11    talked to about leaving work early?

12          A    Ma'am, no.  No.

13          Q    Okay.  Were you ever counseled

14    or talked to about reporting to work late?

15          A    No.

16          Q    So, any information about that

17    is incorrect?

18          A    I'm sorry.  Yes, I came in one

19    day late.  And I was not late -- I'm sorry.

20    I came in one day, the supervisor said I was

21    late.  Ma'am, I was not late.

22          Q    Okay.  Is it correct that -- I

23    guess you told them that you felt you were

24    being mistreated when you were given the new

25    job assignment when you came back from

 1          A    No, ma'am.

 2               MR. BENNITT:   Just let her

 3               finish.

 4          A    I'm sorry.   No, ma'am.

 5               MR. BENNITT:   Let her finish

 6               the question.

 7    BY MS. CARTER

 8          Q    Did you ever say to James in

 9    front of others on any occasion, why don't

10    you just call me boy?

11          A    I think so.   I think so.   Yes,

12    I did.

13          Q    And when did that occur?

14          A    I don't remember when it was.

15    But, yes, I said that.

16          Q    Okay.   Were you ever

17    reprimanded for being in rooms or areas that

18    were not your assigned responsibility?

19          A    No, ma'am.

20          Q    Were you ever reprimanded for

21    refusing to put down tables and chairs for

22    the football team to eat when you were asked

23    to?

24          A    No, ma'am.

25          Q    Did you ever tell Jim that you

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

160

1        Q     And did you ever have

2   conversations with Mr. Neighbors about your

3   complaints?

4        A     Yes.

5        Q     Before you were terminated?

6        A     Yes.

7        Q     And what about that

8   conversation did you find -- what happened

9   that you formed the opinion that he will be

10  untruthful?

11       A     Right afterward, I got fired.

12  And I saw some statements that he said, and

13  that was not true, because I remember

14  everything I talked to him about.

15       Q     Okay.  What caused you to go to

16  Mr. Neighbors?

17       A     Because it was -- I had

18  complained to everybody else.  And this --

19       Q     Let me ask you this:  Did you

20  initiate a meeting or a time to meet with

21  Mr. Neighbors about your complaints?

22       A     I talked to him twice.  First

23  time was by phone.

24       Q     You called him?

25       A     Yes.

1    Q    And you asked to speak to him?

2    A    Yes.

3    Q    And he took your phone call?

4    A    Yes.

5    Q    What did you tell him?

6    A    I told him about how I was

7  being treated and all the things that was

8  being said.

9    Q    Could you tell me what you said

10  when you say, I told him about how I was

11  being treated and about what was being said,

12  what did you tell him had happened to you?

13    A    I told him that Joe Wingo was

14  doing racist things like giving me all the

15  assignment of Jim -- and I said specifically,

16  Jim and James' jobs.  And I told him that

17  this guy was calling me boy.

18    Q    Did you say he was doing racist

19  things, or did you tell him that you had to

20  do Jim and James' jobs?

21    A    I told him all that, ma'am.

22    Q    You told him that Joe Wingo was

23  doing racist things?

24    A    Yeah.  And then I told him what

25  he was doing, the racist things that he was

1    doing.

2         Q    And is it your testimony that

3    you told him in that conversation that Joe

4    Wingo called you boy?

5         A    Yes.

6         Q    Anything else?

7         A    That's it.

8         Q    Okay.  So, you told him you're

9    getting the white employees' job assignments?

10        A    Yes.

11        Q    You did tell him that, for Jim

12   and James?

13        A    Yes, yeah.

14        Q    And that you were being called

15   boy?

16        A    Yes.

17        Q    Anything else you told

18   Mr. Neighbors when you called him?

19             MR. BENNITT:  You all keep

20                  right on going.  I'm going

21                  to stretch.

22             MS. CARTER:  We've started

23                  trucking here.  We've made

24                  some ground.

25        A    I told him about Ms. Moore.

```
 1    That was it.

 2              Q    Ms. Moore?

 3              A    Yes.

 4              Q    About Ms. Moore not doing her

 5    job?

 6              A    I think being sleeping --

 7    something like that.

 8              Q    Sleeping on the job?

 9              A    Yes.

10              Q    So, that part of the complaint

11    was not a complaint of race discrimination?

12              A    No, no.

13              Q    Are you confident sitting here

14    today that you ever used the word "race" when

15    you were talking to him on the phone?

16              A    Yes, ma'am.

17              Q    When is the next time you

18    complained to him?  You said there was twice.

19              A    Well, when he called me over

20    there, it was with a meeting, he wanted to

21    talk with me about what happened.  And I told

22    him again.

23              Q    What happened that he called

24    you?  You said he wanted to talk to you about

25    what happened.
```

164

```
 1          A    Oh, they had suspended me and
 2   recommended that I be terminated.  And he
 3   called me over there to talk to me.
 4          Q    And he wanted to talk to you
 5   before he took action on the recommendation?
 6          A    Yes.
 7          Q    And what was said during that
 8   conversation?
 9          A    Again, I told him about being
10   called boy, and about doing all of James' and
11   Jim's assignments.
12          Q    Anything else?
13          A    That's all I can remember.
14          Q    And what did he say in that
15   conversation?
16          A    He wrote down everything I said
17   and said that he was going to check into it.
18          Q    Okay.  So, other than
19   Mr. Funderburke and Mr. Neighbors and then on
20   one occasion you said you talked to Stan Cox?
21          A    Yeah.
22          Q    Tell me about what happened
23   when you talked to Stan Cox.
24          A    It was a short conversation,
25   ma'am.
```

```
 1              Q    You went to his office?
 2              A    No, I called him at home.
 3    Well, no, I was at home.  I called him at the
 4    school.
 5              Q    And what did you tell him?
 6              A    The first thing that came out
 7    of my mouth was, I told him doing the
 8    racist -- doing the -- all the white
 9    employees' job being put on me.  And then I
10    told him about the supervisor calling me boy.
11                   MR. BENNITT:  When?
12                   THE WITNESS:  When?
13                   MR. BENNITT:  When?
14                   THE WITNESS:  I don't know the
15                        dates.
16                   MR. BENNITT:  Not the exact
17                        dates.  Just when?
18                   THE WITNESS:  I talked to him
19                        before I talked to
20                        Mr. Neighbors -- Dr.
21                        Neighbors.
22                   MR. BENNITT:  When?  About?
23                        Approximately.
24                   THE WITNESS:  Oh, shortly after
25                        I got termi -- shortly
```

     1    tell the truth?

     2              A    I'm sorry.  What I meant is he

     3    know the truth.  But I don't think he will

     4    tell it.

     5              Q    Okay.  And why is that?

     6              A    Because he -- he fired me

     7    after -- they fired me after I reported all

     8    of this.

     9              Q    Okay.  So, you just have the

    10    general feeling that these people that are

    11    white on this sheet of paper will not tell

    12    the truth?

    13              A    Correct.

    14              Q    I mean, isn't that fair; that

    15    you think the black people are going to tell

    16    the truth and white people are going to lie?

    17              A    I think some --

    18              Q    Is that true?

    19              A    Yes, ma'am.

    20              Q    What about Patsy Jones; is she

    21    white or black?

    22              A    Black.

    23              Q    So, you think Ms. Jones will

    24    tell the truth?

    25              A    She have knowledge of the

1  truth, but, no, she won't.

2        Q    And why is that?

3        A    Because I have called her, and

4  I have told her that I need -- that I need --

5  all the times I have called you about this

6  racist stuff -- the language I told you I

7  have been called.  She hung the phone up on

8  me.

9        Q    So, Ms. Jones, who is black,

10  you say is now not supporting you or not

11  telling the truth about you?

12        A    Correct.

13        Q    Okay.  And you received

14  unemployment after you lost your job there,

15  it says?

16        A    I filed --

17        Q    I think I saw that you got

18  unemployment.

19        A    Yes, ma'am.

20        Q    I don't know for how long.

21        A    I just filed for it.  When I

22  won it, then I started working.

23        Q    So, you never really actually

24  drew --

25        A    After -- no.

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

 1                        what time is it?

 2              **MS. CARTER:**  It's 1:35.

 3     BY MS. CARTER

 4              Q    Is that your Charge of

 5     Discrimination?

 6              A    Yes, ma'am.

 7              Q    And in your Charge of

 8     Discrimination, you put that Mr. Wingo

 9     referred to you as a boy, and that Mr. Chance

10     had referred to you as a boy; is that

11     correct?

12              A    Yes.

13              Q    There is nowhere on here any

14     conversation about a noose; is that correct?

15              A    Uhm, I don't -- no.

16              Q    Okay.  Uhm, it says here that

17     your supervisor took -- marked you absent on

18     days when you had actually worked?

19              A    (Witness Indicating.)

20              Q    It doesn't really say that he

21     was going in and altering your entries of

22     time.  What exactly are we talking about that

23     he did?  Was he altering your time about when

24     you were signing in and out, or was he taking

25     away days from you all together that you

```
 1   would actually work?

 2           A    Correct.

 3           Q    The latter?  I mean, what was

 4   he doing?

 5           A    He was taking days from me that

 6   I actually worked.

 7           Q    So, are you alleging that

 8   sitting here today there are days where you

 9   did not get paid for an entire day, and you

10   should have been, or was it corrected?

11           A    No.  It was not corrected.

12           Q    So, he just made up that you

13   didn't come to work all day, and you signed

14   the paper?

15           A    Ma'am --

16           Q    I'm sorry.  That sounds a

17   little outlandish.  I'm trying to understand

18   how that worked.  He would go in and mark it

19   up and pretend like you weren't there?

20           MR. BENNITT:  That's a yes or

21                no -- yes or no.

22           A    Yes.

23           Q    And then you would sign it?

24           MR. BENNITT:  Yes or no.

25           A    Yes.
```

173

1   some coaxing earlier.  Give me an idea.  What

2   date were you terminated?

3          A    Ma'am, right after I talked

4   with Stan Cox and called Dr. Neighbors, I was

5   terminated probably like a week after that,

6   ma'am.  Or less.

7          Q    But you're not sure; is that

8   correct, of the exact timeframe?

9          A    No, ma'am.

10         Q    Do you have a calendar or

11  anything that you have made notes on that

12  would help us look at that timeframe?

13         A    I don't know.

14         Q    Okay.  That's fine.  Let me

15  look at this real quick.  Oh, I know what I

16  wanted to ask you.  You also say that the

17  supervisor -- and we're talking about Joe

18  Wingo -- that the supervisor was giving time

19  to the white employees?

20         A    Correct.

21         Q    Like he wasn't just taking it

22  from you, he was making up time for them?

23         A    Correct.

24         Q    Okay.  And -- okay --

25         A    You are getting like me, now.

---

177

```
 1              MR. BENNITT:  You're sure?
 2              THE WITNESS:  Yes.
 3              MR. BENNITT:  But you can't
 4                  figure -- never mind.
 5  BY MS. CARTER
 6          Q    How do you know they didn't
 7  work the time?  For example, what if my
 8  secretary says, oh, I need overtime; we have
 9  got something we need to work on this
10  weekend.  Did you show up to see like who was
11  working overtime?
12          A    No, ma'am.
13          Q    So, you don't know whether they
14  worked the time or not?
15          A    Yes, they left.  I saw them --
16          Q    Okay.  But you don't know
17  whether they were getting paid more hours
18  than they were working in a week?
19          A    No.
20              MR. BENNITT:  You got your
21                  answer, didn't you?  Did
22                  you?
23          Q    Hang on.  I'm flapping through
24  your complaint real quick, that he also
25  didn't write.
```

```
 1              A    I think Mr. -- indicating --
 2    Mr. -- I think Mr. Cox and Mr. Neighbors.
 3              Q    Okay.  I don't want you to tell
 4    me -- I mean, in all due respect -- what you
 5    think.  Do you know who made the decision
 6    that you would be terminated?
 7              A    No.
 8              Q    Do you know who recommended
 9    that you be terminated initially?
10              A    I think Mr. -- Dr. Raley, I
11    think.  Dr. Raley and Mr. Neighbors --
12    Dr. Neighbors.
13                   MR. BENNITT:  Dr. Who?
14                   THE WITNESS:  Dr. Neighbors and
15                        Dr. Raley.
16              Q    Is he the old superintendent?
17              A    Yes.
18              Q    I didn't mean to say old -- the
19    prior?
20              A    Yes.
21                   THE SUPERINTENDENT:  Dr. Cox is
22                        still the principal.  I was
23                        in the role of assistant
24                        superintendent during this
25                        time.  And now I am
```

1    the two things you complained about?

2            A    I think that's it.  Yes, ma'am.

3    That's it.

4            Q    When you went to

5    Mr. Funderburke -- who I understand from you

6    you went to more than once?

7            A    Correct.

8            Q    And were you complaints pretty

9    much the same that you were doing the white

10   employees' work, and they were caught

11   referring to you as boy?

12           A    Yes, ma'am.

13           Q    Did you also ever complain to

14   Mr. Funderburke about any of the black

15   employees or what they were doing, other than

16   Ms. Moore?  I know you complained to somebody

17   about Ms. Moore.

18           A    I don't think so, no.

19           Q    Okay.  She was the only one you

20   would have complained about that would have

21   been black?

22           A    Yes.

23           Q    Is it your allegation today

24   that you talked to Patsy Jones about race

25   discrimination?

1    A    Yes.

2    Q    So, if Ms. Jones says there was

3    never a complaint to her about race

4    discrimination, she is just lying?

5    A    Correct.

6    Q    And Ms. Jones is black?

7    A    Yes.

8    Q    Do you know why Ms. Jones would

9    not support you in regards to that or not

10   tell the truth about that?

11              MR. BENNITT:  Objection to

12                   form.

13   A    I don't know.

14   Q    I mean, she doesn't have a risk

15   of losing a job, correct?  She's AEA?

16   A    I don't know.

17   Q    Do you know whether or not she

18   has ever stood behind other people that made

19   such claims?  I mean, you might not one way

20   or the other.  I'm just asking?

21              Do you know one way or the

22   other?

23   A    I think she was called --

24              MR. BENNITT:  Don't guess.  You

25                   either know, or you don't

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

1          know.

2          A    I don't know.  No.  I don't

3    know.

4          Q    Okay.  Have you ever been

5    married?

6          A    No.

7          Q    Okay.  And do you have

8    children?

9          A    Yes.

10         Q    How many?

11         A    Two.

12         Q    Are they under the age of 18?

13         A    Yes.

14         Q    Have you told me every way that

15   you feel you were damaged?

16         A    Yes, ma'am.

17         Q    By the termination or the

18   harassment?

19         A    Yes, ma'am.

20         Q    Do you know, or are you privy

21   to what Dr. Neighbors reported to the

22   superintendent about the recommendation for

23   your termination?

24         A    I don't know.

25         Q    Okay.  And do you know what the

1    superintendent reported to the board?

2          A    I don't know.

3          Q    Do you know whether or not

4    Dr. Neighbors or anyone in the central office

5    conducted an investigation?

6          A    I don't know.

7          Q    Have you ever been sued before?

8          A    No.

9          Q    Other than the two times that

10   you just told me, have you ever been accused

11   of sexual harassment?

12         A    No.

13         Q    Have you ever been accused of

14   racial harassment?

15         A    No.

16         Q    I think I already asked you

17   this. I'm sorry if I did. Are there any

18   other employees black or white that were your

19   coworkers that you believe could provide

20   evidence to us about the alleged changing of

21   time sheets, whether it be to your

22   disadvantage or the advantage of your white

23   coworkers?

24         A    I don't know.

25         Q    So, you don't know of anybody

195

1    assistant principal while there you were?

2    Bryant and Funderburke were the only two

3    assistant principals?

4                THE SUPERINTENDENT:  Ms. Shakel

5                    a Ford was probably there,

6                    a black lady.

7           A    Are you asking me have I ever

8    talked to her?  No.

9           Q    Well, no, I was going to ask

10   you --

11               THE SUPERINTENDENT:  Was she

12                   there or Ms. Coleman,

13                   Ms. Ford?

14               THE WITNESS:  Ms. Ford.

15          Q    Ms. Ford?

16          A    Yes.

17          Q    Okay.  And did you ever have

18   any conversation with her about any of this?

19          A    No, no.

20               THE SUPERINTENDENT:  African

21                   American female.

22               MS. CARTER:  Okay.  Ms. Ford

23                   is?

24   BY MS. CARTER

25          Q    Is there any reason you didn't