# EXHIBIT "3"

## LETTER TO ALEXANDER FROM DR. MARK NEIGHBORS
## Dated November 13, 2003

# OPELIKA CITY SCHOOLS



J. Phillip Raley
   Superintendent
Mark Neighbors
   Asst. Superintendent
Annie A. Wyatt
   Asst. Superintendent

Board Of Education
Birdie P. Peterson
   Chairman
O.D. Alsobrook, III
Tamar Lisenby
Robert T. Meadows, III
Joe N. Pinkard

November 13, 2003

Mr. Louie Alexander
229 Lee Road 869, Lot #10
Auburn, AL  36830

Dear Mr. Alexander:

This letter is to verify that you have been hired as a 10-month, 8 hour per day custodian at Opelika High School, effective today November 13, 2003. You will be paid over a period of 10 months, with your first check issued on November 25, 2003. For the 2003-04 school year, you will work 128 days at a base salary of $11,162.00. Your total salary for the 2003-2004 school year is $6,803.50.

Please contact the following people (745-9700): Jan Martin (payroll/benefits) and Gretchen Hood (finger-printing and TB test).

If you have any questions, please feel free to call me.

Sincerely,

Mark Neighbors
Assistant Superintendent

MDN/gph

pc:    Jan Martin
       Barbara Cutright
       Stan Cox

Alexander v. Opelika City BOE
Discovery
0020