# EXHIBIT "5"

## OCTOBER 26, 2005 TERMINATION LETTER TO ALEXANDER FROM SUPERINTENDENT J. PHILLIP RALEY

```
J. PHILLIP RALEY                                                          BOARD OF EDUCATION
   SUPERINTENDENT                                                         O.D. ALSOBROOK, III
MARK D. NEIGHBORS           OPELIKA CITY SCHOOLS                             CHAIRMAN
   ASST. SUPERINTENDENT      P.O. Box 2469    Phone 745-9700              ROBERT T. MEADOWS, III
ANNIE A. WYATT                                                            JOE N. PINKARD
   ASST. SUPERINTENDENT      OPELIKA, ALABAMA 36803-2469                  PATSY BOYD PARKER
BARBARA CUTRIGHT                                                          KATY PARRENT LEONARD
   TREASURER
```



October 26, 2005

Mr. Louie Alexander
229 Lee RD 869, Lot #10
Auburn, AL 36832

Dear Mr. Alexander:

On my written recommendation the Opelika City Schools Board of Education voted on Tuesday, October 25, 2005 at their regular monthly meeting to terminate your employment with the Opelika City Schools. You will receive your regular pay until November 16, 2005.

Sincerely,

J. Phillip Raley

cc: Mr. Stan Cox, Principal,
    Opelika High School

Jan Martin - Payroll
Gretchen Hood - Personnel
Barbara C. - Custodian of Funds



Alexander v. Opelika City BOE
Discovery
0003