# EXHIBIT "6"

## AFFIDAVIT OF STAN COX

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LOUIE ALEXANDER,

    Plaintiff,

-vs-                                              Case No. 3:06-cv-498-WKW

OPELIKA CITY BOARD OF EDUCATION,

    Defendant.

### AFFIDAVIT OF STAN COX

Before me, the undersigned authority, in and for said county and state, personally appeared Stan Cox, who being known to me and being first duly sworn, deposes and says under oath as follows:

1. My name is Stan Cox. I am a 45 year old male over the age of nineteen and I have personal knowledge of the matters set forth herein.

2. I am in my sixth year as Principal of Opelika City Schools. From late 2003 to late 2005, Louie Alexander was a custodian at the school.

3. At some point it was brought to my attention that Mr. Alexander had an attitude problem at work wherein he was confrontational with other maintenance staff, did not complete tasks assigned to him, took lengthy breaks that interfered with completion of his work assignments and entered inaccurate time of work on his payroll sheets. Based on this information, I recommended on October 3, 2005 that Mr. Alexander's employment with Opelika High School be terminated.

1

4. At no time during Mr. Alexander's employment at Opelika High School did he ever express to me that any individual had used the term "boy" to him. At no time did Mr. Alexander inform me that he was being treated differently because of his race. At no time during his employment did Mr. Alexander ever state or indicate that he was being harassed or subjected to a hostile environment because of his race for any reason. Mr. Alexander never expressed to me that he was being made to do work that white employees did not have to do. In short, throughout the problems with Mr. Alexander, it was never brought to my attention by him or anyone else that his difficulties at work had anything to do with his race. I have never received claims or allegations of race discrimination or a hostile work environment from the black custodians working with Mr. Alexander. When Mr. Funderburk conducted interviews of the various maintenance custodial staff, no one indicated to him that they were being subjected to a hostile work environment or being treated differently because of their race.

5. The first information I received that Mr. Alexander claimed a problem with a racially hostile work environment was after he filed his EEOC charge.

6. I never shared any information of race harassment or discrimination allegations with Dr. Neighbors, the Superintendent or any Board member because no such claims were brought to my attention. If any allegations or claims of race harassment had been made to me, I would have investigated and dealt with that situation immediately.

Further affiant saith not.

2

*Stan Cox*
STAN COX

STATE OF ALABAMA )
COUNTY OF LEE )

 Before me the undersigned Notary Public in and for State and County aforesaid, personally appeared **STAN COX**, who is personally known to me and who, being by me first duly sworn, doth depose and say that he signed the above affidavit to the best of his knowledge, information and belief and with full understanding of its effect.

*Gretchen Hood*
NOTARY PUBLIC

My Commission Expires: 2011

(SEAL)

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 31, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

3