# EXHIBIT "9"

## EEOC CHARGE OF DISCRIMINATION

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 130 2006 00522 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Louie Alexander | 334-502-6969 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 229 Lee Rd. 869 Lot 10 | Auburn, AL 36830 | 12/02/70 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Opelika City Schools | 200+ | 334-745-9700 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O. Box 2469 | Opelika, AL 36803 | Lee |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
|  |  |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
|  |  |  |

RECEIVED EEOC
NOV 0 4 2005
BIRMINGHAM DISTRICT OFFICE

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*    DATE DISCRIMINATION TOOK PLACE *EARLIEST* — Latest - October 25, 2005

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

1. I am an African-American male citizen of Lee County, Alabama. I worked for the Lee County School System in the cleaning crew at Opelika High School from October 2003, until my termination on October 25, 2005. During the time I was employed, my supervisor, Joe Wingo (white) would refer to me and other Black employees as "boy." Another white employee, James Chance, also called me and other Black employees "boy."

2. My supervisor has constantly required me and other Black employees to perform the work of the White employees. My supervisor has also taken time away from me by marking me absent on days when I was at work. This same supervisor would mark White employees as present, even if they were not at work.

3. I complained about this racially unfair treatment to the principal, Stan Cox, the assistant principal, James Funderburk, and my supervisor, Joe Wingo. I was told that if I did not like the treatment I was receiving, then I could go work somewhere else.

4. On October 3, 2005, I was suspended from my job. On October 25, 2005, I was informed that my employment with the Opelika City Schools was terminated.

5. I believe that I was discriminated against because of my race in termination, job assignments and other terms and conditions of employment because of my race and also that I was terminated in retaliation for my complaints about race discrimination.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br><br>*/s/ Louie Alexander*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*/s/ Louie Alexander*<br><br>Date _____ Charging Party (Signature) | Alexander v. Opelika City BOE<br><br>Discovery<br>0051 |