UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>LOUIE ALEXANDER<br>　　　Debtor. | District Court Appellate Case No.<br>3:06-cv-00498-WKW |
| LOUIE ALEXANDER,<br>　　　Plaintiff,<br><br>v.<br><br>OPELIKA CITY SCHOOLS,<br>　　　Defendant. | Bankruptcy Court Chapter 13 Case No.<br>06-80812-WRS-13 |

**CONFLICT DISCLOSURE STATEMENT**
**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

　　　Curtis C. Reding, Jr., Chapter 13 Trustee, by and through the undersigned counsel in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order no. 3047:

　　　1.　　Curtis C. Reding, Jr., is an individual and the relationship to the party is hereby reported:

2. Curtis C. Reding, Jr., is the Standing Chapter 13 Trustee for the Middle District of Alabama and as such is currently administering the chapter 13 estate of Louie Alexander.

Curtis C. Reding, Jr., Standing Chapter 13 Trustee, pursuant to 11th Cir. R. 26.1-1 and Middle District General Order no. 3047 further hereby certifies that the following persons and entities have or may have an interest in the outcome of this case:

1. Louie Alexander – Debtor/Plaintiff

2. Curtis C. Reding, Jr., Standing Chapter 13 Trustee for the Middle District of Alabama

3. Opelika City Schools – Defendant

4. Gregg Lee Smith – Counsel for the Plaintiff

5. Jeffrey William Bennitt - Counsel for Plaintiff

6. James Robert Seale – Counsel for Defendant

7. Elizabeth B. Carter – Counsel for Defendant

8. Marrell J. McNeal – Bankruptcy Counsel for Debtor, Louie Alexander

9. Sabrina L. McKinney – Staff Attorney for Trustee

Done and dated this 11th day of December, 2007.

                                          Curtis C. Reding, Jr.
                                          Standing Chapter 13 Trustee

                          By:  /s/ Sabrina L. McKinney
                                Sabrina L. McKinney (ASB-3162-I71S)
                                Staff Attorney for Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
(334) 262-8371 phone
(334) 834-7635 fax
Email: mckinneys@ch13mdal.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing CONFLICT DISCLOSURE STATEMENT, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT has been served upon the parties listed below via either electronic filing, electronic mail or U.S. Mail, postage prepaid and properly addressed, this the 11th day of December, 2007:

Gregg Lee Smith and Jeffrey William Bennitt (via Electronic Filing)
Counsel for the Plaintiff

James Robert Seale and Elizabeth B. Carter (via Electronic Filing)
Counsel for the Defendant

Marrell J. McNeal (via Electronic Filing)
Counsel for Debtor

              /s/ Sabrina L. McKinney
              Sabrina L. McKinney