IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| _____ ) | |
| ) | |
| LOUIS ALEXANDER, PLAINTIFF ) | |
| ) | |
| v.                              ) | CASE NO. 6-498 |
| ) | |
| OPELIKA CITY SCHOOLS _CORP., ) | |
| ) | |
| Defendants, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Jeff Bennitt in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

/s/ Jeff Bennitt
_____
Jeffrey W. Bennitt ASB N51J
BENOO4

Jeff Bennitt & Associates, LLC,
121 Edenton St.
Birmingham, Al   35242        e-mail: Bennittlaw@aol.com
205 408 7240

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I,_____Jeff Bennitt_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by e-mail December 17, 2007.

_____Jim Ippolito, esq.
Stacy Houston,esq

State of Alabama Department of Transportation
149 Coliseum Blvd.
Montgomery, AL   36110
334 242 6350

December 17, 2007                                                    /s/ Jeff Bennitt
_____                                  _____
            Date                                                              Signature