IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTER DIVISION

| | |
|---|---|
| LOUIS ALEXANDER, PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-6-498-WKW |
| ) | |
| OPELIKA CITY BOARD OF EDUCATION., ) | |
| ) | |
| Defendant, ) | |

PLAINTIFF'S EXHIBIT LIST

1. Sexual harassment policy
2. Non-discrimination statement
3. Employee grievance

                                                                     /s/ Jeff Bennitt

                                                                     _____
                                                                     Jeffrey W. Bennitt ASB N51J
                                                                     BENOO4

Jeff Bennitt & Associates, LLC,
121 Edenton St.
Birmingham, Al   35242        e-mail: Bennittlaw@aol.com
408-7240–office
408-9236–fax
213-8228–cell

CERTIFICATE OF SERVICE

I hereby certify that  a copy of the above was efiled on December 30, 2007.

Elizabeth Carter, Esq.
James R. Seale. Esq.
HILL, HILL, CARTER
PO Box 116
Montgomery, Ala   36101-0116

                                                                     /s/ Jeff Bennitt

                                                                     _____