## PERSONNEL RECORDS

Opelika City Board of Education policy states: "The Board will require correct, complete and current personnel records on all employees. All information contained in an employee's records will be considered confidential and will not be transmitted to other persons or agencies without written approval by said employee, or as subpoenaed by legal authorities. It will be the responsibility of each employee to insure that his Central Office and local school personnel files are complete and current in compliance with established Board procedures and requirement of the State Board of Education. Each employee will have the right to include in his personnel file a written response to any material contained within the file."

## RESIGNATION

Opelika City Board of Education policy states: "The Board prohibits any professional employee, whether on continuing service status or not, from canceling his contract during the school year for which said contract is in effect, or for a period of 45 days previous to the beginning of such school term, unless such cancellation is mutually agreed upon. Any employee will be permitted to cancel his contract at any other time by giving five days' written notice to the Board. Any such employee canceling his contract in any other manner than herein provided will be deemed guilty of unprofessional conduct, and the State Superintendent by authority of Section 16-24-11, Code of Alabama, is authorized to revoke or suspend the certification of the employee."

## SAFE SCHOOL POLICY

The Opelika City Board of Education and Opelika High School personnel believe that a business-like, orderly, and safe atmosphere should be maintained at all times. It is the responsibility of each student and staff member to adhere to self-discipline and conduct himself with respect and consideration for the rights of others.

It is the responsibility of each school staff member to enforce the policies of the school and system to ensure that staff members and students are provided with a safe environment in which to work and learn.

## SEXUAL HARASSMENT POLICY

Opelika City Board of Education policy states: "Employees of Opelika City Schools shall not engage in conduct constituting sexual harassment. Sexual harassment is illegal and will not be tolerated. The Board shall investigate all allegation of sexual harassment and take appropriate action against employees who engage in sexual harassment. Sanctions against employees for violation of this policy may include verbal or written warning, transfer, suspension, or termination of employment.

"Sexual harassment is defined to include unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1. The advances, requests, or conduct have the effect of interfering with performance of duties or creating an intimidating, hostile, or otherwise offensive work environment; or

2. Submission to such advances, requests, or conduct is explicitly or implicitly a term or condition of employment; or

3. Submission to or rejection of such advances, requests, or conduct is used as a basis for employment decision affecting the employee.

"An employee who believes he or she has been or is being subjected to any form of sexual harassment shall report the matter to his or her immediate supervisor, the Assistant Superintendent for

45

Alexander v. Opelika City BOE
Discovery
0282

2005-2006

(1)