# SEXUAL HARASSMENT POLICY (CONTINUED)

Administration or the Superintendent. An employee may request the right to make his or her report of sexual harassment to a supervisor of the same sex as the employee. No employee alleging sexual harassment shall be required to present the matter to the person who is the subject of the complaint.

"The supervisor receiving a complaint of sexual harassment shall start an immediate investigation into the matter. The completed investigation shall be reviewed by the Superintendent or his designee and legal counsel for prompt and appropriate action, if warranted. A written response to the employee's complaint will be provided to the employee within 45 days of the date the employee first registered the complaint. The employee may appeal the decision within 10 days of receipt of the decision by filing a written notice of appeal with the Superintendent. The Superintendent shall present the decision and notice of appeal to the Board at the next scheduled meeting of the Board. The employee may present any information which is relevant and appropriate to the Board during the meeting. The Board shall make a final decision and notify the employee in writing of the Board's decision within 10 days. No employee shall be subjected to adverse employment action in retaliation for any good faith report of sexual harassment under this policy. To the fullest extent practical, all reports of sexual harassment will be kept confidential."

# STATEMENT OF DRUG-FREE WORKPLACE

Opelika City Board of Education policy states: "The use, possession, concealment, transportation, promotion or sale of the following items or substances by any employee of Opelika City Schools is strictly prohibited on all Opelika City Schools premises and vehicles or on off-site locations during working hours: illegal drugs, look alike drugs, or designer drugs, narcotics, depressants, stimulants, hallucinogen, cannabinoid, unauthorized prescription drugs and/or drug paraphernalia, and alcoholic beverages. The Superintendent, Assistant Superintendent, and Principals reserve the right to conduct searches and inspections of employee's lockers, lunch boxes, personal effects, clothing, work area, and school system vehicle if reasonable cause exists to suspect that controlled substances are present."

# SUSPENSION OF PERSONNEL

Opelika City Board of Education policy states: "A teacher or other personnel may be suspended with pay by the Superintendent for neglect of duty, insubordination, immoral conduct, or other good and just cause. The employee may appeal this action to the Board of Education. The Board will make the decision as to the employee's possible return to his/her position or other disposition according to the requirements of the Alabama Code."

# WORK RELATED INJURIES

Opelika City Board of Education policy states: "Effective, February 1, 1992, the Opelika City Schools ceased to participate in a Workman's Compensation Insurance program until funds are available from the State of Alabama to fund such employee coverage. In lieu of Workman's Compensation coverage for job related injuries, the Opelika City Schools will provide assistance in the following manner to those employees who are injured while on the job:

a. Staff assistance in filing claims with the Alabama Board of Adjustment for relief of medical and property losses.

b. Special injury-sick leave days, up to 90 days provided in the Alabama State Code, may be granted by the Superintendent upon receipt of a request from the injured employee accompanied by a physician's statement. These 90 days of injury-sick-leave will be available in addition to regular accumulated sick leave days."

46

Alexander v. Opelika City BOE    Discovery 0281