# LEAVE POLICIES (CONTINUED)

## SICK LEAVE POLICY

All personnel of Opelika City Schools will be eligible for sick leave earned at the rate of one day for each month of service. Any unused sick leave may be carried forward from one fiscal year to the next until the maximum is accumulated.

Sick leave is defined by the Alabama State Code as the absence from regular duty by a professional or classified employee because of the following:

A. Personal illness;

B. Bodily injury which incapacitates the employee;

C. Death in the <u>immediate</u> <u>family</u> of the employee (husband, wife, father, mother, son, daughter, brother, sister, father-in-law, mother-in-law, son-in-law, daughter-in-law, nephew, niece, granddaughter, grandson, grandfather, grandmother, uncle and aunt); (Note that the Alabama State Code does <u>not</u> include grandfather, grandmother, uncle, aunt, nephew or niece of a teacher's spouse);

D. Where unusually strong personal ties exist because of an employee's having been supported or educated by a person of some relationship other than those listed, this relationship may be recognized for leave purposes. In such cases the teacher concerned shall file with the Board a written statement of circumstances which justify the exception to the general rule;

E. Attendance to an ill member of the immediate family (husband, wife, father, mother, son, daughter, brother, sister) of the employee, or a person standing in loco parentis (Note that the Alabama State Code does <u>not</u> include immediate family of the teacher's spouse in the category).

## MAIL BOXES

Every member of the faculty has a box for mail, routine office materials, and supplies. The boxes are located in the teacher's work-room, and they should be checked before and after school each day.

## NON-DISCRIMINATION STATEMENT

The City of Opelika Board of Education is an equal educational opportunity agency and prohibits discrimination in any of its education programs, including employment, on the basis of sex, race, religion, national origin, color, age, disability, or reprisal. The Board of Education complies fully with the provisions of the Title IX of the Education Amendments of 1972, Section 504 Rehabilitation Act of 1973, and the appropriate Department of Education regulations.

Direct any inquiries regarding nondiscrimination policies to Dr. Ann Wyatt, Assistant Superintendent for Curriculum and Instruction, Title VI Coordinator or to Dr. Mark Neighbors, Assistant Superintendent for Administration, Section 504 and Title IX Coordinator, P.O. Box 2469, Opelika, Alabama 36803-2469, (334) 745-9700.

## OUTSIDE EMPLOYMENT

Opelika City Board of Education policy states: "Employees will remember that their responsibility to the Opelika City Schools is their first obligation and if outside employment is negatively affecting their performance they will be asked to choose one or the other. The immediate superior will have direct responsibility for evaluating the effects of outside employment on performance of an employee. An employee of the Opelika City Schools will not be allowed to sell or advertise instructional materials, reference books, or school supplies during the regular school term, nor within the Opelika School District at any time, without the permission of the Principal."

44

Alexander v. Opelika City BOE    Discovery 0283