# EMPLOYEE GRIEVANCE

Opelika City Board of Education policy states: "It is the policy of the Opelika Board of Education to reduce as much as possible the potential areas of grievance: to assure an employee the opportunity for an orderly presentation and review of grievances; to establish and maintain appropriate channels of communication between staff and administration; and to resolve each grievance at the most immediate level of administration.

"It will be understood that the Board of Education is the final authority in all matters pertaining to the complainants and grievances unless an employee should desire to exercise proper redress through the courts or utilize appeal procedures as established by law. No employee will suffer reprisals or reduction in status as a result of having presented a grievance or having an employee in grievance."

Upon request, a written copy of the GRIEVANCE PROCEDURES will be provided to any employee by the principal or a copy can be found in any copy of the Opelika City Board of Education Policies, By-Laws, and Administrative Procedures Manual. A copy of this manual is located in the principal's office at each school.

# FACULTY & STAFF PARKING

Mr. Jan Funderburk, assistant principal, will assign parking places to the faculty and staff.

# FACULTY TELEPHONE

There is a phone in the teachers' workroom for staff use only Teachers are asked not to use phones on secretaries' desks. **Do Not Send Students Out Of Class To Use The Pay Telephone Or An Office Phone**. Since personal long distance calls cannot be charged to Opelika High School, they must be made by using a calling card.

# LEAVE POLICIES

## LEAVE REQUESTS

All leave requests must be submitted in writing to the secretary. Sick leave forms should be submitted as soon as possible. If requested by phone, it must be submitted on the appropriate leave request form immediately upon the employees return to school. Personal leave requests must be submitted to the secretary in writing on the approved leave request form at least two (2) days prior to the requested leave. Professional leave requests must be submitted to the secretary in writing on the approved leave request form at least two weeks prior to the requested leave. After receiving the request forms, the secretary will give them to the Principal for his approval and signature.

## GRANTING OF LEAVE WITHOUT COMPENSATION

Opelika City Board of Education policy (Granting of Leave Without Compensation and Sick Leave) states the following: "There is no provision in the policy manual to accommodate employee leave requests without compensation to attend family reunions, trips with spouses and other functions. It has been and will continue to be the Board's position that such leave is not granted. The only leave categories presently supported by policy are sick leave, personal leave and professional leave."

## PERSONAL LEAVE POLICY

Opelika City Board of Education policy (Personal Leave) states: "Two personal leave days per year are granted to all personnel of the Opelika City Schools. These days are non-cumulative and must be approved by the respective Principal or immediate administrator.

Alexander v. Opelika City BOE
Discovery 0285