IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:06-cv-498-WKW |
| | ) |
| OPELIKA CITY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF COMPLIANCE

COMES NOW the Plaintiff in the above styled case, by and through undersigned counsel of record, and hereby notices this Honorable Court that pursuant to its Order, the parties met face to face in the offices of defense counsel and through discussion among all of the parties, decided that settlement could not be reasonably discussed until after summary judgment. It was also decided that mediation would not be helpful at this time.

Respectfully Submitted,

_/s/ Jeffrey W. Bennitt, Esq._
Jeffrey W. Bennitt, Esq.
ASB-0774-N51J
BEN004
121 Edenton St.
Birmingham, AL 35242

1

Phone: 205-408-7240
Fax: 205-408-9236
Email: Bennittlaw@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon all counsel by making use of the electronic filing system in place in the Middle District of Alabama on January 7, 2008.


    _/s/ Jeffrey W. Bennitt__
    OF COUNSEL