IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0498-WKW |
| ) | |
| OPELIKA CITY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that the trial in this matter is CONTINUED from the civil trial term commencing March 10, 2008, to the Opelika civil trial term commencing on **June 30, 2008.**

It is further ORDERED that the pretrial conference is CONTINUED from February 1, 2008, to **June 2, 2008.** Furthermore, the deadlines referenced in Sections 9, 10, and 11 of the Uniform Scheduling Order (Doc. # 32) are EXTENDED from February 11, 2008, to **June 2, 2008**.

DONE this 29th day of January, 2008.

　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE