IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIE ALEXANDER, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 3:06-cv-498-WKW |
| OPELIKA CITY SCHOOLS, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

COMES NOW defense attorney, Jeffrey W. Bennitt, and moves this court to allow him to withdraw on the following grounds: client has terminated attorney's services.

WHEREFORE PREMISES CONSIDERED, undersigned counsel respectfully requests that this honorable court grant his motion to withdraw.

/s/ Jeffrey W. Bennitt
Jeffrey W. Bennitt, Esq.
121 Edenton St.
Birmingham, AL 35242
Phone: 205-408-7240
Fax: 205-408-9236
Email: Bennittlaw@aol.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that copy of the above and foregoing was served upon all counsel listed below by making use of the United States Post Office, postage prepaid, along with notification by the electronic filing system in place in the United States District Court Middle District of Alabama Eastern Division, on this the 21st day of February, 2008.

Elizabeth Carter, Esq.
HILL, HILL, CARTER
P.O. Box 116
Montgomery, AL 36101

                                                _/s/ Jeffrey W. Bennitt_____
                                                OF COUNSEL