IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIS ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0498-WKW |
| ) | |
| OPELIKA CITY ) | |
| BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 49), it is ORDERED that the motion is GRANTED and Jeffrey W. Bennitt, the plaintiff's counsel, is withdrawn from the case.

DONE this 25th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE