IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LOUIS ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0498-WKW |
| ) | |
| OPELIKA CITY ) | |
| BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 51), it is ORDERED that the motion is GRANTED and Gregg L. Smith, the plaintiff's counsel, is withdrawn from the case.

DONE this the 3rd day of March, 2008.

                                         /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE