RECEIVED

UNITED STATES DISTRICT COURT    MAR -3 A 9:57
MIDDLE DISTRICT OF ALABAMA
_Eastern_ DIVISION    DEBRA P. HACKETT, CLK
                     U.S. DISTRICT COURT
                     MIDDLE DISTRICT ALA

3:06cv498-WKW

Plaintiff, Louie Lee Alexander )
vs.                            )   CIVIL ACTION NO. 06498
                               )
Defendant. Opelika City Schools (High) )

## NOTICE OF APPEAL

Notice is hereby given that __Louie Lee Alexander__ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the ~~Case Thrown out~~ _Dismissed Case_ entered in this action on the __28__ day of __Feb__, ~~@~~ 2008

__Louie Lee Alex__
Signature

__Feb 28, 2008__
Date of Signature

__229 Lee Rd 849 #10 Auburn AL__
Address

SCANNED

Louie Alexander
229 LEE Road 869
Auburn, AL. 36832



OFFICE OF The cLerk
United States District, court
P.O. Box 711
Montgomery, ALabama 36101-0711