IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-0498-WKW |
| | ) | |
| OPELIKA CITY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of the plaintiff's motion for leave to appeal *in forma pauperis* (Doc. # 54), it is ORDERED that the motion is GRANTED.

DONE this 7th day of March, 2008.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE